# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC. § | |
| § | |
| PLAINTIFF, § | |
| § | CIVIL ACTION NO. 2:10-cv-00572-TJW |
| v. § | |
| § | |
| STARBUCKS CORP., ET AL. § | |
| § | JURY TRIAL DEMANDED |
| DEFENDANTS. § | |
| § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. GEOTAG, INC. hereby states that it has no parent corporation, nor does any publicly held company own 10% or more of its stock.

December 20, 2010

Respectfully submitted,

GEOTAG, INC.

By: /s/ *Stephen F. Schlather*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

> L. Charles van Cleef
> Texas Bar No. 786305
> Van Cleef Law Office
> 500 N Second Street
> Longview, Texas 75601
> (903) 238-8244
> (903) 248-8249 Facsimile
> charles@vancleef.net
>
> ATTORNEYS FOR PLAINTIFF
> GEOTAG, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 20, 2010                     /s/ Stephen Schlather
                                          Stephen Schlather