**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 2:10-cv-572 |
| | § | |
| STARBUCKS CORP., et al., | § | |
| | § | |
| Defendants | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANTS**
**APPLEBEE'S INTERNATIONAL, INC., APPLEBEE'S IP, LLC AND IHOP IP, LLC**

Defendants, Applebee's International, Inc., Applebee's IP, LLC and IHOP IP,
LLC, respectfully move that Melvin R. Wilcox, III of the law firm of Yarbrough Wilcox,
PLLC, be authorized to withdraw as counsel for said defendants in the above-
captioned civil action.   Movants are ably represented by other counsel in this matter
and the granting of this motion will not result in prejudice to any party nor cause any
delay in these proceedings.  Movants further request an order authorizing the clerk to
terminate any further ECF notifications to the foregoing attorney.   As set forth above,
this motion is unopposed.

DATED:  February 16, 2011                    Respectfully submitted,

                                             /s/ Melvin R. Wilcox, III
                                             Melvin R. Wilcox, III
                                             Bar No. 21454800
                                             YARBROUGH ♦ WILCOX, PLLC
                                             100 E. Ferguson St., Ste. 1015
                                             Tyler, TX 75702
                                             (903) 595-1133
                                             Fax: (903) 595-0191

Attorney for Defendants, Applebee's
International, Inc., Applebee's IP, LLC
and IHOP IP, LLC

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to
have consented to electronic service are being served with a copy of this document via
the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of February,
2011.  All other counsel not deemed to have consented to service in such manner will
be served via facsimile transmission and/or first class mail.


/s/ *Melvin R. Wilcox, III*
Melvin R. Wilcox, III