IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GEOTAG, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-CV-00572 |
| | § | |
| **STARBUCKS CORP., et al.,** | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT MOE'S, INC.**

Robert W. Kantner of DLA Piper LLP (US) ("DLA Piper") moves to withdraw as counsel for Defendant Moe's, Inc. and would show as follows:

1. This patent case was filed on December 17, 2010. On February 9, 2011, Mr. Kantner mistakenly filed an Application for Extension of Time to Answer Complaint on behalf of Moe's, Inc. instead of Moe's Franchisor LLC. Moe's, Inc. is no longer in business.

2. Mr. Kantner has now filed an Answer and Counterclaims on behalf of Moe's Franchisor LLC.

Therefore, Mr. Kantner of DLA Piper requests the Court's permission to withdraw as counsel for Moe's, Inc. and for such other and further relief to which he may be justly entitled.

Dated:  March 11, 2011						Respectfully submitted,

						*/s/ Robert W. Kantner*
						Robert W. Kantner
						State Bar No. 11093900
						Attorney in Charge
						DLA Piper US LLP
						1717 Main Street, Suite 4600
						Dallas, Texas  75201-4629
						Phone: 214.743.4544
						Fax: 972.813.6256
						E-mail: Robert.Kantner@dlapiper.com

						**ATTORNEY FOR DEFENDANT
						MOE'S FRANCHISOR LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of March, 2011, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail.

						*/s/ Robert W. Kantner*
						Robert W. Kantner