IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC. | |
| v. | NO. 2:10-CV-00572 |
| STARBUCKS CORP., ET AL. | JURY |

## STIPULATION REGARDING PIZZERIA UNO

Plaintiff Geotag, Inc. ("Geotag") respectfully submits this stipulation regarding Defendant Pizzeria Uno Corp. ("Uno"), as follows:

I.

Defendant Uno has represented that its debts were discharged in bankruptcy as of July 6, 2010. Based upon the foregoing representation, Geotag's stipulates that its claims in this action against Uno seek no liability or damages from Uno prior to Uno's bankruptcy discharge, and that Geotag's claims against Uno relate only to infringement of the '343 patent occurring after Uno's bankruptcy discharge.

| | |
|---|---|
| March 13, 2011 | Respectfully submitted, |
| | COLLINS, EDMONDS & POGORZELSKI, PLLC |
| | By: /s/ *John J. Edmonds* |
| | John J. Edmonds – Lead Counsel |
| | Texas Bar No. 789758 |
| | Michael J. Collins |
| | Texas Bar No. 4614510 |
| | Stephen F. Schlather |
| | Texas Bar No. 24007993 |
| | COLLINS, EDMONDS & POGORZELSKI, PLLC |
| | 1616 S. Voss Road, Suite 125 |
| | Houston, Texas 77057 |
| | Telephone: (281) 501-3425 |
| | Facsimile: (832) 415-2535 |
| | jedmonds@cepiplaw.com |

mcollins@cepiplaw.com
sschlather@cepiplaw.com

Charles van Cleef
COOPER & VAN CLEEF, PLLC
500 N Second St.
Longview, TX 75601
(903) 248-8244
(903) 248-8249 fax
charles@coopervancleef.com

ATTORNEYS FOR PLAINTIFF
GEOTAG, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Other defendants will be served in accordance with the Federal Rules of Civil Procedure.

March 13, 2011                                                   */s/ John J. Edmonds*
                                                                 John J. Edmonds