IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC. | |
| v. | NO. 2:10-CV-00572 |
| STARBUCKS CORP., ET AL. | JURY |

## AMENDED STIPULATION REGARDING PIZZERIA UNO

Plaintiff Geotag, Inc. ("Geotag") respectfully submits this stipulation regarding Defendant Pizzeria Uno Corp. ("Uno"), as follows:

I.

Defendant Uno has represented that its debts were discharged in bankruptcy as of July 6, 2010 per a discharge injunction issued by the Southern District of New York. Based upon the foregoing discharge injunction issued by the Southern District of New York, Geotag's stipulates that its claims in this action against Uno seek no liability or damages from Uno prior to Uno's bankruptcy discharge, and that Geotag's claims against Uno relate only to infringement of the '474 patent occurring after Uno's bankruptcy discharge.

March 14, 2011

Respectfully submitted,

COLLINS, EDMONDS & POGORZELSKI, PLLC

By: /s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425

Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

Charles van Cleef
COOPER & VAN CLEEF, PLLC
500 N Second St.
Longview, TX 75601
(903) 248-8244
(903) 248-8249 fax
charles@coopervancleef.com

ATTORNEYS FOR PLAINTIFF
GEOTAG, INC.

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Other defendants will be served in accordance with the Federal Rules of Civil Procedure.

March 14, 2011                              */s/ John J. Edmonds*
                                            John J. Edmonds