# EXHIBIT 1

Docket #0122  Date Filed: 2/10/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                             :

In re:                               :        Chapter 11
                             :

UNO RESTAURANT HOLDINGS         :        Case No. 10-10209 (MG)
CORPORATION, *et al.*,              :
                             :        (Jointly Administered)
                 Debtors.      :
                             :
------------------------------------------------------------------------ x

**AFFIDAVIT OF PUBLICATION OF THE**
**<u>NOTICE OF COMMENCEMENT IN THE NEW YORK TIMES</u>**

1010209100211000000000005

 **The New York Times**

620 8TH AVENUE • NEW YORK, NY 10018



SEC. *B*   P. *6*

## CERTIFICATION OF PUBLICATION

*February 8* 20 *10*

I, *Cathy Zike*, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

*February 8* 20 *10*

*Cathy Zike*

Approved:

*Maria Pannullo*

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL

**UNITED STATES BANKRUPTCY COURT,**
**SOUTHERN DISTRICT OF NEW YORK**
### Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtors listed herein were filed on January 20, 2010.

You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' noticing and claims agent, Kurtzman Carson Consultants, LLC (the "Noticing and Claims Agent"), at the following address: Uno Document Request c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, (B) by accessing the Noticing and Claims Agent's website at www.kccllc.net/Uno, or (C) by email request to UnoInfo@kccllc.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Noticing and Claims Agent cannot give legal advice.

**Debtors:** In re Uno Restaurant Holdings Corporation, et al., Case No. 10-10209 (MG), Tax ID No. 04-3560789. See "Schedule of Debtors" for the complete list of Debtors, Case Nos. and Tax ID Nos.

All other names used by the Debtors in the last 8 years: In addition to any names listed on the Debtors' petitions and the notice of commencement posted on the Noticing and Claims Agent's website at www.kccllc.net/Uno, the Debtors may have used one or more of the following names (including trade names) during the previous 8 years: Pizzeria Due, Pizzeria Uno, Pizzeria Uno Chicago Bar & Grill, Pizzeria Uno Chicago Grill, Pizzeria Uno Chicago Grill & Brewery, Su Casa, Uno Chicago Grill, Uno Chicago Grill est. 1943, Uno Chicago Pizza, Uno's, Uno, Uno Express, Uno Insider's Club.

**Attorney for Debtors: Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, NY, NY 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors: Date: March 2, 2010, Time: 2:30 p.m.** (prevailing Eastern Time), Location: Office of the United States Trustee for the Southern District of New York, 80 Broad Street, 4th Floor, NY, NY 10004.

**Deadline to File a Proof of Claim:** A deadline will be set at a later time.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** No deadline has been set.

**Creditors May Not Take Certain Actions: IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR AND THE DEBTOR'S PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTOR CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.**

**Address of the Bankruptcy Clerk's Office:** Clerk of the United States Bankruptcy Court, One Bowling Green, NY, NY 10004, Telephone: 212-668-2870; Hours Open: 8:30 a.m. to 5:00 p.m.

**For the Court:** Clerk of the Bankruptcy Court: Vito Genna

### EXPLANATIONS

**Filing of Chapter 11 Bankruptcy Case.** A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtors listed under "Schedule of Debtors" and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. Creditors may be sent a copy of the plan and a disclosure statement telling them about the plan, and might have the opportunity to vote on the plan. Creditors will be sent notice of the date of the confirmation hearing, and they may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of their property and may continue to operate any business.

**Legal Advice.** The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Noticing and Claims Agent cannot give legal advice. Consult a lawyer to determine your rights in this case.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtors; repossessing the debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed herein. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain a proof of claim form at any Bankruptcy Clerk's Office. You may look at the schedules that will be filed at the Bankruptcy Clerk's Office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **The Court has not yet set a deadline to file a Proof of Claim. If a deadline is set, creditors will be sent notice of such deadline.**

**Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the Bankruptcy Clerk's Office by the deadline to be set by the Bankruptcy Court. The Bankruptcy Clerk's Office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed at the Bankruptcy Clerk's Office, unless otherwise ordered by the Court. You may inspect all papers filed, including the list of the debtors' property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

### SCHEDULE OF DEBTORS

**Debtors, Case Numbers, Federal Tax I.D. Nos.:**

Pizzeria Uno of Columbus Avenue, Inc., 10-10208 (MG), 04-3009130; Uno Restaurant Holdings Corporation, 10-10209 (MG), 04-3560789; 8250 International Drive Corporation, 10-10276 (MG), 04-3195174; Aurora Uno, Inc., 10-10280 (MG), 84-1366461; B.S. Acquisition Corp., 10-10284 (MG), 22-3323988; B.S. of Woodbridge, Inc., 10-10286 (MG), 22-3321674; Fairfax Uno, Inc., 10-10290 (MG), 54-1829335; Frankfin Mills Pizzeria, Inc., 10-10293 (MG), 23-2761634; Herald Center Uno Rest. Inc., 10-10297 (MG), 04-2846601; Kissimmee Uno, Inc., 10-10299 (MG), 58-2186284; Marketing Services Group, Inc., 10-10303 (MG), 04-3222318; Newington Uno, Inc., 10-10305 (MG), 04-3294303; Newport News Uno, Inc., 10-10307 (MG), 54-1749347; Newton Takery, Inc., 10-10308 (MG), 04-3254788; Paramus Uno, Inc., 10-10310 (MG), 22-2752938; Pizzeria Due, Inc., 10-10314 (MG), 36-2303593; Pizzeria Uno Corporation, 10-10317 (MG), 04-2681278; Pizzeria Uno of 86th Street, Inc., 10-10325 (MG), 04-3142555; Pizzeria Uno of Albany, Inc., 10-10327 (MG), 04-2900547; Pizzeria Uno of Altamonte Springs, Inc., 10-10331 (MG), 58-2326712; Pizzeria Uno of Bailston, Inc., 10-10288 (MG), 54-1654843; Pizzeria Uno of Bay Ridge, Inc., 10-10301 (MG), 22-3049934; Pizzeria Uno of Bayside, Inc., 10-10306 (MG), 06-1271281; Pizzeria Uno of Bethesda, Inc., 10-10309 (MG), 04-3060866; Pizzeria Uno of Brockton, Inc., 10-10311 (MG), 04-3095995; Pizzeria Uno of Buffalo, Inc., 10-10316 (MG), 22-3426823; Pizzeria Uno of Dock Square, Inc., 10-10321 (MG), 04-2910907; Pizzeria Uno of East Village Inc., 10-10324 (MG), 04-2989279; Pizzeria Uno of Fair Oaks, Inc., 10-10330 (MG), 06-1315101; Pizzeria Uno of Fairfield, Inc., 10-10335 (MG), 43-1623279; Pizzeria Uno of Forest Hills, Inc., 10-10296 (MG), 06-1121087; Pizzeria Uno of Kingston, Inc., 10-10302 (MG), 04-3042132; Pizzeria Uno of Lynbrook Inc., 10-10304 (MG), 04-2896946; Pizzeria Uno of Norfolk, Inc., 10-10312 (MG), 04-3206793; Pizzeria Uno of Paramus, Inc., 10-10318 (MG), None; Pizzeria Uno of Penn Center, Inc., 10-10326 (MG), 52-1756814; Pizzeria Uno of Reston, Inc., 10-10332 (MG), 52-1722777; Pizzeria Uno of South Street Seaport, Inc., 10-10338 (MG), 04-3130446; Pizzeria Uno of Springfield, Inc., 10-10341 (MG), 04-2840528; Pizzeria Uno of Syracuse, Inc., 10-10344 (MG), 04-3057142; Pizzeria Uno of Union Station, Inc., 10-10345 (MG), 04-3030020; Pizzeria Uno of Washington, DC, Inc., 10-10340 (MG), 52-1749139; Pizzeria Uno of Westfarms, LLC, 10-10342 (MG), 04-3112909; Pizzeria Uno, Inc., 10-10347 (MG), 36-2802001; Pizzettas of Burlington, Inc., 10-10348 (MG), 03-0354378; Pizzettas of Concord, Inc., 10-10350 (MG), 02-0466922; Saxet Corporation, 10-10352 (MG), 36-2816664; SL Properties, Inc., 10-10354 (MG), 04-3561774; SL Uno Burlington, Inc., 10-10356 (MG), 03-0370271; SL Uno Ellicott City, Inc., 10-10358 (MG), 04-3562030; SL Uno Franklin Mills, Inc., 10-10359 (MG), 06-1619016; SL Uno Frederick, Inc., 10-10360 (MG), 04-3562031; SL Uno Greece, Inc., 10-10343 (MG), 04-3562027; SL Uno Gurnee Mills, Inc., 10-10346 (MG), 04-3562032; SL Uno Hyannis, Inc., 10-10349 (MG), 04-3561770; SL Uno Maryville, Inc., 10-10351 (MG), 06-1619021; SL Uno Portland, Inc., 10-10353 (MG), 01-0543353; SL Uno Potomac Mills, Inc., 10-10355 (MG), 04-3562028; SL Uno University Blvd., Inc., 10-10357 (MG), 06-1619018; SL Uno Waterfront, Inc., 10-10244 (MG), 06-1619017; SLA Brockton, Inc., 10-10249 (MG), 04-3562646; SLA Due, Inc., 10-10255 (MG), 04-3562642; SLA Lake Mary, Inc., 10-10260 (MG), 04-3576167; SLA Mall II, Inc., 10-10264 (MG), 04-3576169; SLA Mall, Inc., 10-10271 (MG), 04-3562649; SLA Norfolk, Inc., 10-10274 (MG), 04-3576174; SLA Norwood, Inc., 10-10278 (MG), 04-3562645; SLA Su Casa, Inc., 10-10283 (MG), 04-3562643; SLA Uno, Inc., 10-10287 (MG), 04-3562644; SLA Vernon Hills, Inc., 10-10291 (MG), 04-3576171; Su Casa, Inc., 10-10294 (MG), 36-2815399; Uno Acquisition Parent, Inc., 10-10298 (MG), 20-2122056; Uno Bay, Inc., 10-10313 (MG), 23-2776672; Uno Enterprises, Inc., 10-10320 (MG), 57-1160137; Uno Foods Inc., 10-10322 (MG), 04-3096183; Uno Foods International, LLC, 10-10329 (MG), 65-1234148; Uno Holdings II LLC, 10-10334 (MG), None; Uno Holdings LLC, 10-10337 (MG), None; Uno of America, Inc., 10-10339 (MG), 10-0002664; Uno of Astoria, Inc., 10-10211 (MG), 04-3511488; Uno of Aurora, Inc., 10-10214 (MG), 36-3999619; UNO of Bangor, Inc., 10-10217 (MG), 04-3438082; Uno of Concord Mills, Inc., 10-10219 (MG), 04-3552199; Uno of Crestwood, Inc., 10-10220 (MG), 36-4238042; Uno of Daytona, Inc., 10-10222 (MG), 59-3265377; Uno of Dulles, Inc., 10-10226 (MG), 04-3511491; Uno of Falls Church, Inc., 10-10229 (MG), 52-1964372; Uno of Georgesville, Inc., 10-10231 (MG), 31-1606472; Uno of Gurnee Mills, Inc., 10-10234 (MG), 36-4167737; Uno of Hagerstown, Inc., 10-10239 (MG), 04-3483481; Uno of Haverhill, Inc., 10-10243 (MG), 04-3486911; Uno of Henrietta, Inc., 10-10247 (MG), 16-1465549; UNO of Highlands Ranch, Inc., 10-10251 (MG), 04-3516733; Uno of Indiana, Inc., 10-10254 (MG), 04-3536877; Uno of Kingstowne, Inc., 10-10257 (MG), 04-3483484; Uno of Kirkwood, Inc., 10-10261 (MG), 04-3495117; Uno of Lombard, Inc., 10-10267 (MG), 36-4080208; UNO of Manassas, Inc., 10-10269 (MG), 04-3516734; Uno of Manchester, Inc., 10-10212 (MG), 06-1405868; Uno of Massachusetts, Inc., 10-10215 (MG), 04-3541714; Uno of New Jersey, Inc., 10-10218 (MG), 04-3541734; Uno of New York, Inc., 10-10223 (MG), 10-0008395; Uno of Providence, Inc., 10-10237 (MG), 04-3463887; Uno of Schaumburg, Inc., 10-10266 (MG), 36-4006340; Uno of Smithtown, Inc., 10-10272 (MG), 04-3495111; Uno of Smoketown, Inc., 10-10277 (MG), 54-1723865; Uno of Tennessee, Inc., 10-10281 (MG), 06-1584255; Uno of Victor, Inc., 10-10285 (MG), 16-1473273; Uno Restaurant of Columbus, Inc., 10-10289 (MG), 31-1389628; Uno Restaurant of Great Neck, Inc., 10-10292 (MG), 11-3174527; Uno Restaurant of St. Charles, Inc., 10-10295 (MG), 52-1846798; Uno Restaurant of Woburn, Inc., 10-10300 (MG), 04-3244642; Uno Restaurants II, LLC, 10-10315 (MG), 72-1618769; Uno Restaurants, LLC, 10-10319 (MG), 04-2662934; UR of Attleboro MA, LLC, 10-10323 (MG), 84-1651439; UR of Bel Air MD, Inc., 10-10328 (MG), 75-3015201; UR of Bowie MD, Inc., 10-10333 (MG), 30-0076605; UR of Clay NY, LLC, 10-10336 (MG), 55-0827877; UR of Columbia MD, Inc., 10-10210 (MG), 30-0222661; UR of Columbia MD, LLC, 10-10216 (MG), 41-2129596; UR of Danbury CT, Inc., 10-10221 (MG), 04-3679593; UR of Dover NH, Inc., 10-10224 (MG), 04-3679581; UR of Fairfield CT, Inc., 10-10228 (MG), 03-0457529; UR of Fayetteville NY, LLC, 10-10233 (MG), 04-3754662; UR of Fredericksburg VA, LLC, 10-10236 (MG), 33-1125204; UR of Gainesville VA, LLC, 10-10240 (MG), 33-1099759; UR of Inner Harbor MD, Inc., 10-10245 (MG), 74-3038015; UR of Keene NH, Inc., 10-10250 (MG), 04-3483486; UR of Landover MD, Inc., 10-10253 (MG), 48-1276137; UR of Mansfield MA, LLC, 10-10258 (MG), 55-0827900; UR of Melbourne FL, LLC, 10-10263 (MG), 41-2222114; UR of Merritt Island FL, LLC, 10-10268 (MG), 41-2222115; UR of Methuen MA, Inc., 10-10270 (MG), 82-0577164; UR of Milford CT, Inc., 10-10273 (MG), 04-3679584; UR of Millbury MA, LLC, 10-10275 (MG), 65-1225439; UR of Nashua NH, LLC, 10-10279 (MG), 04-3754662; UR of New Hartford NY, LLC, 10-10282 (MG), 55-0856477; UR of Newington NH, LLC, 10-10213 (MG), 54-2118807; UR of Paoli PA, Inc., 10-10225 (MG), 52-1890756; UR of Plymouth MA, LLC, 10-10227 (MG), 33-1073381; UR of Portsmouth NH, Inc., 10-10230 (MG), 04-3679576; UR of Swampscott MA, LLC, 10-10232 (MG), 72-1618768; UR of Taunton MA, LLC, 10-10235 (MG), 68-0564062; UR of Tilton NH, LLC, 10-10238 (MG), 54-2118812; UR of Towson MD, Inc., 10-10241 (MG), 04-3081199; UR of Virginia Beach VA, LLC, 10-10242 (MG), 04-3754665; UR of Webster NY, LLC, 10-10246 (MG), 87-0723246; UR of Winter Garden FL, LLC, 10-10248 (MG), 71-1005503; UR of Wrentham MA, Inc., 10-10252 (MG), 41-2059221; URK II, LLC, 10-10256 (MG), 82-0574085; URK, LLC, 10-10259 (MG), 04-2953702; Waltham Uno, Inc., 10-10262 (MG), 04-3305168; Westminster Uno, Inc., 10-10265 (MG), 84-1305930.