EXHIBIT 2

Docket #0393  Date Filed: 4/2/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                       :

In re:                                  :      Chapter 11
                                         :

UNO RESTAURANT HOLDINGS      :      Case No. 10-10209 (MG)
CORPORATION, *et al.*,                  :
                                         :      (Jointly Administered)
                        Debtors.        :

------------------------------------------------------------------ x

**AFFIDAVIT OF PUBLICATION OF THE NOTICE OF DEADLINES
FOR FILING PROOFS OF CLAIM IN THE NEW YORK TIMES**

1010209100405000000000001

# NYT The New York Times

620 8TH AVENUE • NEW YORK, NY 10018

SEC. B  PG 7

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
In re
UNO RESTAURANT HOLDINGS      Chapter 11
CORPORATION, et al.,               Case No. 10-10209 (MG)
Debtors.¹                          (Jointly Administered)

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**
**TO ALL ENTITIES WITH CLAIMS AGAINST UNO RESTAURANT**
**HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS**
**(THE "DEBTORS") PLEASE TAKE NOTICE OF THE FOLLOWING:**

On January 20, 2010, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

On January 19, 2010, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (the "Bar Date Order") establishing (a) April 30, 2010 at 5:00 p.m. (Eastern Time) (the "Bar Date") as the deadline for each entity other than a Governmental Unit (as defined by section 101(27) of the Bankruptcy Code) to file a proof of claim ("Proof of Claim") with respect to any claim against any of the Debtors that arose prior to January 20, 2010 and (b) July 20, 2010 at 5:00 p.m. (Eastern Time) (the "Governmental Bar Date" and together with the General Bar Date, the "Bar Dates") for Governmental Units to file a Proof of Claim with respect to any claim against any of the Debtors that arose prior to January 20, 2010.

A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER TO FILE A PROOF OF CLAIM.

You may need to file a Proof of Claim if you have a claim that arose prior to January 20, 2010 against any of the Debtors. Acts or omissions of the Debtors that arose prior to January 20, 2010 may give rise to claims against the Debtors that must be filed by the Bar Date notwithstanding that such claims may not have matured or become fixed or liquidated as of January 20, 2010.

For further information about the Bar Dates, whether you need to file a Proof of Claim, how and where to file a Proof of Claim, and other related information, you may access Debtors' chapter 11 website at www.kccllc.net/uno, or call the Debtors' claim agent, Kurtzman Carson Consultants LLC at 1-877-770-0502 or by e-mail at UnoInfo@kccllc.com. The website also includes a list of all the names under which the Debtors have operated in the past eight years and copies of the Bar Date Order, form Proofs of Claim, and other related materials.

YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ANY OF THE DEBTORS.

Any creditor who is required, but fails, to file a Proof of Claim in accordance with the Bar Date Order on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto), the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such claim, and such holder shall not be permitted to vote to accept or reject any plan of reorganization filed in these chapter 11 cases or participate in any distribution in Debtors' chapter 11 cases on account of such claim or to receive further notices regarding such claim.

DATED: March 19, 2010, New York, New York      BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
Joseph H. Smolinsky
767 Fifth Avenue, New York, New York 10153
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

¹ Due to the large number of Debtors in these cases a complete list of the Debtors is not provided herein. A complete list of the Debtors and certain other related information may be obtained on the website of the Debtors' noticing and claims agent at http://www.kccllc.net/uno or by contacting the undersigned counsel for the Debtors.

## CERTIFICATION OF PUBLICATION

MAR 24 2010 _____ 20___

I, _Cathy Zike_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

MAR 24 2010 _____ 20___

_Cathy Zike_

Approved:

_Maria Pannullo_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL