UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10-CV00572-TJW |
| | ) | |
| STARBUCKS CORP., et al. | ) | |
| | ) | |
| DEFENDANT | ) | |

**DEFENDANT CRACKER BARREL OLD COUNTRY STORE**
**D/B/A CRACKER BARREL'S CORPORATE DISCLOSURE**
**<u>STATEMENT PURSUANT TO FRCP 7.1</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 (a), Defendant Cracker Barrel Old Country Store d/b/a Cracker Barrel discloses that it has no parent corporation and that no publicly held corporation owns ten (10) percent or more of its stock.

Dated: March 14, 2011

Respectfully submitted,

/s/ *Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
derond@rameyflock.com
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas  75702
Phone:  (903) 597-3301
Fax:  (903) 597-2413

J. Graham Matherne
gmatherne@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203-1423
Phone:  (615) 244-0200
Fax:  (615) 256-1726

        Matthew A. Williams
mwilliams@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Phone:  (502) 589-5235
Fax:  (502) 589-0309

*Counsel for Defendant, Cracker Barrel Old Country Store d/b/a Cracker Barrel*

**CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 14th day of March, 2011.  Any other counsel of record will be served by first class mail.

      /s/ *Deron R. Dacus*
      Deron R. Dacus