IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.<br><br>    PLAINTIFF,<br><br>   v.<br><br>STARBUCKS CORP., ET AL.<br><br>    DEFENDANTS. | CIVIL ACTION NO. 2:10-CV-00572-TJW<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DISMISSAL REGARDING**
**<u>DEFENDANT DD IP HOLDER, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Geotag, Inc. respectfully submits this notice of voluntary dismissal of all claims against Defendant DD IP HOLDER, LLC pursuant to Rule 41(a)(1)(A)(i).

March 15, 2011                                   Respectfully submitted,

                                                                     GEOTAG, INC.

                                                                      By: <u>/s/ *John J. Edmonds*</u>
                                                                      John J. Edmonds – Lead Counsel
                                                                      Texas Bar No. 789758
                                                                      Michael J. Collins
                                                                      Texas Bar No. 4614510
                                                                      Stephen F. Schlather
                                                                      Texas Bar No. 24007993
                                                                      COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                                      1616 S. Voss Road, Suite 125
                                                                      Houston, Texas 77057
                                                                      Telephone: (281) 501-3425
                                                                      Facsimile: (832) 415-2535
                                                                      jedmonds@cepiplaw.com
                                                                      mcollins@cepiplaw.com
                                                                      sschlather@cepiplaw.com

                                                                      L. Charles van Cleef
                                                                      Texas Bar No. 786305
                                                                      Van Cleef Law Office
                                                                      500 N Second Street

Longview, Texas 75601
(903) 238-8244
(903) 248-8249 Facsimile
charles@vancleef.net

ATTORNEYS FOR PLAINTIFF
GEOTAG, INC.

CERTIFICATE OF SERVICE

 I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 15, 2011        /s/ John J. Edmonds
               John J. Edmonds