# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

GEOTAG, INC.,

      Plaintiff,

vs.

STARBUCKS CORP., ET AL.

      Defendants.

Case No. 2:10-CV-572-TJW

## JOINT MOTION TO SUBSTITUTE PARTIES

In order to correct the identification of certain named defendants in this case, GeoTag, Inc., Darden Restaurants, Inc. d/b/a Red Lobster d/b/a Longhorn Steakhouse d/b/a Olive Garden d/b/a The Capital Grille d/b/a Bahama Breeze d/b/a Seasons d/b/a Lonhornsteakhouse.com, GMRI, Inc. and Darden Concepts, Inc. jointly move the Court to substitute Darden Corporation as a defendant in this case in place of Darden Restaurants, Inc. d/b/a Red Lobster d/b/a Longhorn Steakhouse d/b/a Olive Garden d/b/a The Capital Grille d/b/a Bahama Breeze d/b/a Seasons d/b/a Lonhornsteakhouse.com, GMRI, Inc. and Darden Concepts, Inc.

Date: March 22, 2011                     Respectfully submitted,


/s/John Edmonds                          /s/ Danny L. Williams
John Edmonds                             Danny L. Williams
Lead Counsel                             Lead Counsel
Texas Bar No. 789758                     State Bar No. 21518050
Michael J. Collins                       Terry D. Morgan
Texas Bar No. 4614510                    State Bar No. 14452430
Stephen F. Schlather                     Brian K. Buss
Texas Bar No. 24007993                   State Bar No. 00798089
COLLINS, EDMONDS &                       Michael A. Benefield
POGORZELSKI, PLLC                        State Bar No. 24073408
1616 S. Voss Road, Suite 125             **WILLIAMS, MORGAN & AMERSON**
Houston, Texas 77057                     10333 Richmond Avenue, Suite 1100
Telephone: (281) 501-3425                Houston, Texas 77042
Facsimile: (832) 415-2535                Telephone: (713) 934-7000
jedmonds@cepiplaw.com                    Fax: (713) 934-7011
mcollins@cepiplaw.com                    danny@wmalaw.com
sschlather@cepiplaw.com                  terry@wmalaw.com
                                         bbuss@wmalaw.com
                                         mbenefield@wmalaw.com


**ATTORNEYS FOR PLAINTIFF**              **ATTORNEYS FOR DEFENDANTS**
**GEOTAG, INC.**                         **DARDEN RESTAURANTS, INC.,**
                                         **DARDEN CONCEPTS, INC., GMRI,**
                                         **INC. AND DARDEN CORP.**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on March 22, 2011, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).  Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/Mark Dunglinson
Litigation Paralegal