**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.** | |
| **Plaintiff,** | C.A. No. 2:10-cv-00572-TJW |
| **v.** | Judge T. John Ward |
| **STARBUCKS CORP.**, *et al.*; | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**DEFENDANTS PAPA JOHN'S INTERNATIONAL INC. AND PAPA JOHN'S USA
INC'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO
PLAINTIFF GEOTAG INC.'S COMPLAINT**

Defendants Papa John's International, Inc. and Papa John's USA, Inc. (collectively "Papa John's") hereby set forth their Answer, Defenses, and Counterclaims to the Complaint for Patent Infringement of Plaintiff Geotag, Inc. ("Geotag"). Papa John's responds to the individually enumerated paragraphs of the Complaint as follows:

**PARTIES**

1. Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1, and, therefore, denies them.

2. Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2, and, therefore, denies them.

3. Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3, and, therefore, denies them.

4. Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4, and, therefore, denies them.

5.      Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5, and, therefore, denies them.

6.      Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and, therefore, denies them.

7.      Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7, and, therefore, denies them.

8.      Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8, and, therefore, denies them.

9.      Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9, and, therefore, denies them.

10.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10, and, therefore, denies them.

11.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11, and, therefore, denies them.

12.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12, and, therefore, denies them.

13.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 13, and, therefore, denies them.

14.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14, and, therefore, denies them.

15.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, and, therefore, denies them.

16.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16, and, therefore, denies them.

17.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17, and, therefore, denies them.

18.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18, and, therefore, denies them.

19.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19, and, therefore, denies them.

20.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20, and, therefore, denies them.

21.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21, and, therefore, denies them.

22.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22, and, therefore, denies them.

23.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23, and, therefore, denies them.

24.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24, and, therefore, denies them.

25.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25, and, therefore, denies them.

26.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26, and, therefore, denies them.

27.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27, and, therefore, denies them.

28.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28, and, therefore, denies them.

29.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29, and, therefore, denies them.

30.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30, and, therefore, denies them.

31.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31, and, therefore, denies them.

32.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32, and, therefore, denies them.

33.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33, and, therefore, denies them.

34.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34, and, therefore, denies them.

35.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35, and, therefore, denies them.

36.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36, and, therefore, denies them.

37.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37, and, therefore, denies them.

38.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38, and, therefore, denies them.

39.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39, and, therefore, denies them.

40.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40, and, therefore, denies them.

41.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41, and, therefore, denies them.

42.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42, and, therefore, denies them.

43.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43, and, therefore, denies them.

44.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44, and, therefore, denies them.

45.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45, and, therefore, denies them.

46.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46, and, therefore, denies them.

47.     Papa John's International, Inc. admits it has a place of business in Louisville, Kentucky.  To the extent any other allegations or averments are contained within paragraph 47, they are denied.

48.     Papa John's USA, Inc. admits it has a place of business in Louisville, Kentucky. To the extent any other allegations or averments are contained within paragraph 48, they are denied.

49.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49, and, therefore, denies them.

50.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50, and, therefore, denies them.

**JURISDICTION AND VENUE**

51.     Papa John's admits that this Complaint purports to be an action arising under the patent laws of the United States, Title 35 of the United States Code and that this Court has subject matter jurisdiction over such matters pursuant to 28 U.S.C. §§ 1331 and 1338(a), however, Papa John's denies the legal sufficiency of Plaintiff's claims and allegations and denies that Plaintiff has any viable claim thereunder.  Papa John's further denies that it has interactive websites comprising infringing methods and apparatuses which are at least used in and/or accessible in this forum.  Papa John's admits that it has done and solicited business from goods and services provided to persons or entities in Texas.  Papa John's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 51 and, therefore, denies them.

52.     To the extent that the allegations in Paragraph 52 are related to Papa John's, Papa John's admits that venue is proper in this district under 28 U.S.C. §§ 1391 (b) – (c) and 1400(b). Papa John's denies that it has committed acts of patent infringement in this district or any other judicial district.  Further, Papa John's denies that it has interactive websites comprising infringing methods and apparatuses which are at least used in and/or accessible in this district.

Papa John's admits that it has done and solicited business from goods and services provided to persons or entities in this district.  To the extent that Plaintiff repeats the allegations of Paragraph 51 in Paragraph 52, Papa John's incorporates its response to Paragraph 51 above.  Papa John's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 52 and, therefore, denies them.

53.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53, and, therefore, denies them.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 5,930,474

54.    Papa John's admits that United States Patent No. 5,930,474 ("the '474 patent") is entitled "Internet Organizer for Accessing Geographically and Topically Based Information." Papa John's further admits that the '474 patent indicates an issue date of July 29, 1999.

55.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55, and, therefore, denies them.

56.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56, and, therefore, denies them.

57.    Papa John's denies that it has infringed the '474 patent pursuant to 35 U.S.C. § 271 through actions comprising the making, using, selling and/or offering for sale in the United States systems and methods which comprise associating on-line information with geographic areas.  Papa John's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 57 and, therefore, denies them.

58.    Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58, and, therefore, denies them.

59.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59, and, therefore, denies them.

60.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60, and, therefore, denies them.

61.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61, and, therefore, denies them.

62.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 62, and, therefore, denies them.

63.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63, and, therefore, denies them.

64.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64, and, therefore, denies them.

65.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65, and, therefore, denies them.

66.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66, and, therefore, denies them.

67.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67, and, therefore, denies them.

68.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68, and, therefore, denies them.

69.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69, and, therefore, denies them.

70.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70, and, therefore, denies them.

71.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 71, and, therefore, denies them.

72.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72, and, therefore, denies them.

73.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73, and, therefore, denies them.

74.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74, and, therefore, denies them.

75.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75, and, therefore, denies them.

76.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76, and, therefore, denies them.

77.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77, and, therefore, denies them.

78.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 78, and, therefore, denies them.

79.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79, and, therefore, denies them.

80.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 80, and, therefore, denies them.

81.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 81, and, therefore, denies them.

82.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82, and, therefore, denies them.

83.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 83, and, therefore, denies them.

84.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84, and, therefore, denies them.

85.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85, and, therefore, denies them.

86.     Papa John's denies that the Find a Store at papajohns.com infringes the '474 patent in violation of 35 U.S.C. § 271 through actions comprising the making, using, selling and/or offering for sale in the United States systems and methods which comprise associating on-line information with geographic areas.  Papa John's denies the remaining allegations of paragraph 86.

87.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 87, and, therefore, denies them.

88.     Papa John's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88, and, therefore, denies them.

89.     Papa John's denies that it is or has been willfully infringing the '474 patent.  Papa John's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 89, and, therefore, denies them.

90.     Papa John's denies that it has infringed the '474 patent, and denies that it has damaged Geotag.  Papa John's denies that it is liable to Geotag for any amount, including a reasonable royalty.  Papa John's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 90, and, therefore, denies them.

## PRAYER FOR RELIEF

Papa John's denies that Geotag is entitled to the relief requested in Paragraphs 1 – 6 of Geotag's Prayer for Relief as those relate to Papa John's.  Papa John's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Geotag's Prayer for Relief, and, therefore, denies them.

## GENERAL DENIAL

Except as expressly admitted herein, Papa John's denies each and every allegation contained in Geotag's Complaint.

## JURY DEMAND

Papa John's admits that Geotag demands a trial by jury on all issues so triable in this action pursuant to Fed. R. Civ. P. 38(b).  Papa John's demands a trial by jury on all issues so triable.

## DEFENSES

Pursuant to Federal Rule of Civil Procedure 8(c), and without assuming any burden that it would not otherwise bear, and reserving its rights to assert additional defenses, Papa John's asserts the following defenses to Geotag's Complaint:

## FIRST DEFENSE
## (FAILURE TO STATE A CLAIM)

1.      Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND DEFENSE
## (NONINFRINGEMENT)

2.      Papa John's does not infringe and has not infringed any valid and enforceable

claim of the '474 patent literally, directly, indirectly, contributorily, by way of inducement, or

under the doctrine of equivalents.

## THIRD DEFENSE
## (INVALIDITY)

3.      The claims of the patent-in-suit are invalid for failure to meet the requirements of

the Patent Act, 35 U.S.C. § 1 *et seq.,* including, but not limited to, 35 U.S.C. §§ 101, 102, 103

and/or 112.   For example, the claims fail to satisfy the written description and enablement

requirements because the claims recite several purportedly novel limitations that are not

mentioned, much less described, in the patent's specification, and thus purport to appropriate

subject matter for which there is no evidence of actual invention.

## FOURTH DEFENSE
## (PROSECUTION HISTORY ESTOPPEL)

4.      By reason of the proceedings in the U.S. Patent and Trademark Office during the

prosecution of the applications which resulted in the issuance of the patent-in-suit, Geotag is

estopped from claiming infringement by Papa John's of one or more claims of the patent-in-suit.

## FIFTH DEFENSE
## (LIMITATION ON DAMAGES)

5.      Any claim by Geotag for damages is limited under 35 U.S.C. §§ 286, 287, and/or

288.  Geotag is barred under 35 U.S.C. § 286 from recovering damages for acts occurring more

than six years prior to the date of the filing of the Complaint.  Plaintiff is barred by 35 U.S.C. § 288 from recovering costs associated with its action.

## SIXTH DEFENSE
## (EQUITY)

6.      Geotag is barred in whole or in part under principles of equity, including, but not limited to, laches, prosecution laches, waiver, estoppel, and/or unclean hands.

## SEVENTH DEFENSE
## (NO EXCEPTIONAL CASE)

7.      Geotag cannot prove that this is an exceptional case justifying award of attorney fees against Papa John's pursuant to 35 U.S.C. § 285.

## EIGHTH DEFENSE
## (ADEQUATE REMEDY AT LAW)

8.      Geotag is not entitled to injunctive relief because any alleged injury to Geotag is not immediate or irreparable, since Geotag does not practice the '474 patent, and Geotag has an adequate remedy at law.

## NINTH DEFENSE
## (LACK OF STANDING)

9.      Geotag does not have standing to bring an action for infringement of the '474 patent under the Patent Laws of the United States.

## RESERVATION OF RIGHTS

Papa John's reserves the right to add any additional defenses or counterclaims that discovery may reveal.

## COUNTERCLAIMS

Defendants/Counterclaimants Papa John's International, Inc. and Papa John's USA, Inc. (collectively "Papa John's") assert counterclaims against Plaintiff/Counterdefendant Geotag, Inc. ("Geotag") as follows:

### Nature and Basis of Action

1.    This is an action arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the United States Patent Act, 35 U.S.C. § 1 *et seq.*  Papa John's requests declarations that: (i) it does not infringe any valid, enforceable claim of the '474 patent; and (ii) the '474 patent is invalid.

### The Parties, Jurisdiction, and Venue

2.    Papa John's International, Inc. is a corporation organized and existing under the laws of Delaware with a principal place of business in Louisville, KY.  Papa John's USA, Inc. is a wholly owned corporate subsidiary of Papa John's International, Inc., organized and existing under the laws of Kentucky with a principal place of business in Louisville, KY.

3.    According to Plaintiff's Complaint, Geotag is a corporation organized and existing under the laws of Delaware with a place of business in Plano, Texas.

4.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

5.    This Court has personal jurisdiction over Geotag pursuant to the laws of the State of Texas and the United States Constitution, including the Due Process Clause of the Fifth Amendment.  On information and belief, Geotag has had substantial contacts with the State of Texas relating to the '474 patent sufficient to confer specific jurisdiction.  Further, by filing its Complaint, Geotag has consented to the personal jurisdiction of this Court.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and 1400.

**Factual Allegations**

7.      Geotag purports to be the owner by assignment of the '474 patent in its Complaint.

8.      Geotag asserts that Papa John's has infringed one or more claims of the '474 patent in its Complaint.

9.      Papa John's does not infringe and has not infringed any valid, enforceable claim of the '474 patent.

10.     Upon information and belief, all claims of the '474 patent are invalid for failure to meet the requirements of the Patent Acts, 35 U.S.C. § 1 *et seq.*, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and 112.

**COUNTERCLAIM I:**
**(DECLARATION OF NONINFRINGEMENT)**

11.     Papa John's realleges and incorporates the averments of Paragraphs 1 through 10, inclusive, of its Counterclaims as if set forth herein in full.

12.     There is an actual and justiciable controversy between the parties arising under the Patent Act, 35 U.S.C. § 1 *et seq.* concerning Papa John's non-infringement of the claims of the '474 patent.

13.     Papa John's has not infringed and does not infringe any valid, enforceable claim of the '474 patent.

14.     Papa John's is entitled to a judicial declaration that it has not infringed and does not infringe any valid, enforceable claim of the '474 patent.

## COUNTERCLAIM II:
## (DECLARATION OF INVALIDITY)

15.     Papa John's realleges and incorporates the averments of Paragraphs 1 through 14, inclusive, of its Counterclaims as if set forth herein in full.

16.     There is an actual and justiciable controversy between the parties concerning the invalidity of the '474 patent for failure to meet the requirements of the Patent Act, 35 U.S.C. § 1 *et seq.*, including, but not limited to, 35 U.S.C. §§ 101, 102, 103 and 112.

17.     The '474 patent is invalid for failure to meet the requirements of the Patent Act, 35 U.S.C. § 1 *et seq.*, including, but not limited to, 35 U.S.C. §§ 101, 102, 103 and 112.

18.     Papa John's is entitled to a judicial declaration and order that the '474 patent is invalid.

## PRAYER FOR RELIEF

WHEREFORE, Papa John's requests judgment in its favor and against Geotag as follows:

(i)     Geotag recover nothing and its Complaint be dismissed with prejudice;

(ii)    The Court deny any injunctive relief in favor of Geotag and against Papa John's;

(iii)   The Court declare that Papa John's has not infringed and does not infringe any claim of the '474 Patent;

(iv)    The Court declare and order that the '474 Patent is invalid;

(v)     The Court find this case to be exceptional pursuant to 35 U.S.C. § 285 and award Papa John's its reasonable attorneys' fees in this action;

(vi)    All costs be taxed against Geotag; and

(vii)    Papa John's be granted such other and further relief as the Court deems just and
proper.


Respectfully submitted this 28th day of March, 2011.


/s/ Alan L. Whitehurst
Alan L. Whitehurst
alan.whitehurst@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333
*Attorneys for Defendant Papa John's USA, Inc. and Papa
John's International, Inc.*


## Certificate of Service

The undersigned hereby certifies that the foregoing document was filed electronically in
compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who
have consented to electronic service, Local Rule CV-5(a)(3)(A).

March 28, 2011

/s/ Alan L. Whitehurst
Alan L. Whitehurst