IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-CV-00572-TJW |
| | § | |
| STARBUCKS CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS LITTLE CAESAR ENTERPRISES, INC. AND ILITCH HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2, Defendants Little Caesar Enterprises, Inc. and Ilitch Holdings, Inc. state that they do not have a parent corporation.  In addition, no publicly held company or investment fund holds an ownership interest of 10% or more.

Dated: April 1, 2011

Respectfully submitted,

 /s/ Mark D. Taylor
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Nathan A. Engels
Texas Bar No. 24036526
nathan.engels@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

COUNSEL FOR DEFENDANTS/COUNTER-
PLAINTIFFS LITTLE CAESAR ENTERPRISES,
INC. and ILITCH HOLDINGS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of April, 2011, a copy of the foregoing *Defendants Little Caesar Enterprises, Inc. and Ilitch Holdings, Inc.'s Corporate Disclosure Statement* was electronically filed with the Clerk of the Court using the CM/ECF system per Local Rule CV-5(a)(3), which sent a Notification of Electronic Filing (NOEF) to all counsel of record.

 /s/ Mark D. Taylor
Mark D. Taylor

DALDMS/694397.1