# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION NO. 2:10-cv-00572 |
| v. | § | |
| | § | |
| STARBUCKS CORP, ET AL. | § | |
| | § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § | |
| | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GeoTag, Inc. and Defendant Pizzeria Uno Corp. pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

DATED January 18, 2012.

Respectfully submitted,

By: \s\ *Stevenson Moore*

Christopher M. Joe (Lead Counsel)
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Niky Bukovcan
WA State Bar No. 39403
Niky.Bukovcan@BJCIPLaw.com
1700 Pacific Avenue
Suite 2390

Dallas, Texas 75201
Telephone: (214) 466-1272
Facsimile: (214) 635-1828

**NI LAW FIRM, PLLC**

Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209

**ATTORNEY'S FOR PLAINTIFF GEOTAG, INC.**

By: \s\ *Jason Woodard Cook*

Jason Woodard Cook
Alston & Bird, LLP - Dallas
2828 N. Harwood St
Suite 1800
Dallas, TX 75201
214/922-3407
214/922-3899 (fax)
jason.cook@alston.com

Kamran Jivani
Alston & Bird LLP - Atlanta
1201 West Peachtree Street
Atlanta, GA 30309
404/881-4631
404/881-777 (fax)
kamran.jivani@alston.com

Robert L Lee
Alston & Bird LLP - Atlanta
1201 West Peachtree Street
Atlanta, GA 30309
404/881-7635
404/881-7777 (fax)

bob.lee@alston.com

Lance Lee
Lance Lee
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
903/223-0276
903/223-0210 (fax)
wlancelee@aol.com

Derek Scott Neilson
Alston & Bird, LLP - Dallas
2828 N. Harwood St
Suite 1800
Dallas, TX 75201
214-922-3409
214-922-3839 (fax)
derek.neilson@alston.com

**ATTORNEY'S FOR DEFENDANT
PIZZERIA UNO CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 18th day of January, 2012.

\s\   *Stevenson Moore*   
Stevenson Moore