IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 2:10-cv-00572-MHS |
| STARBUCKS CORP., ET AL. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff GeoTag, Inc. ("GeoTag" or "Plaintiff") and Defendant Dr Pepper Snapple Group, Inc. ("Dr Pepper" or "Defendant") hereby move under Fed. R. Civ. P. 41(a)(2) and (c) for an order dismissing Plaintiff's claims of patent infringement by Defendant's Product Locator WITH PREJUDICE, and all other claims and counterclaims in this action asserted between them WITHOUT PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

DATED: May 16, 2012   Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Eric W. Buether*
Eric W. Buether  (Lead Counsel)
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Niky Bukovcan
State Bar No. 24078287
Niky.Bukovcan@BJCIPLaw.com
Monica Tavakoli
State Bar No. 24065822
Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:   (214) 466-1272
Facsimile:    (214) 635-1828

**NI LAW FIRM, PLLC**

Hao Ni
State Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

3102 Maple Avenue, Suite 400
Dallas, Texas  75201
Telephone:   (214) 800-2208
Facsimile:    (214) 800-2209

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

**JONES DAY**

By: */s/Gregory L. Lippetz*
Gregory L. Lippetz
California State Bar No. 154228
glippetz@jonesday.com
Iman Lordgooei
California State Bar. No. 251320
ilordgooei@jonesday.com

1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Daniel T. Conrad
Texas State Bar. No. 24026608
dtconrad@jonesday.com

2727 N. Harwood St.
Dallas, Texas 75201
Telephone: 214-969-2963
Facsimile: 214-969-5100

**ATTORNEYS FOR DEFENDANT
DR PEPPER SNAPPLE GROUP, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 16, 2012.

*/s/ Eric W. Buether*
Eric W. Buether

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant regarding the foregoing and all parties are in agreement.

Dated:  May 16, 2012

*/s/ Eric W. Buether*
Eric W. Buether