IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 2:10-cv-00572-MHS |
| STARBUCKS CORP., ET AL. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

The Stipulated Motion for Dismissal of all claims asserted by Plaintiff GeoTag, Inc. ("GeoTag") against Defendant Dr Pepper Snapple Group, Inc. ("Dr Pepper") as to infringement by Dr Pepper's Product Locator With Prejudice and of all other claims and counterclaims asserted between Plaintiff GeoTag and Defendant Dr Pepper Without Prejudice (Doc. No. 377) is GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that GeoTag's claims asserted in this suit as to infringement by Dr Pepper's Product Locator are hereby DISMISSED WITH PREJUDICE, and all other claims and counterclaims asserted in this suit between GeoTag and Dr Pepper are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

SIGNED this 17th day of May, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE