# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.**<br><br>    **PLAINTIFF,**<br><br>   v.<br><br>**STARBUCKS CORP., ET AL.**<br><br>    **DEFENDANTS.** | **CIVIL ACTION NO. 2:10-CV-00572**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTIES

Before the Court is the Joint Motion to Substitute Parties (Doc. No. 401) filed by Plaintiff Geotag, Inc. ("Geotag") and Defendants Landry's, Inc. d/b/a Chart House d/b/a Salt Grass d/d/a Claim Jumper d/b/a Oceanaire d/b/a SaltGrass, The Oceanaire, Inc., and Saltgrass, Inc. ("Named Defendants"), requesting substitution of the Named Defendants with (1) Landry's, Inc.; (2) Claim Jumper Acquisition Company, LLC; (3) The Oceanaire Restaurant Company, Inc.; and (4) Saltgrass, Inc. (collectively, "Substitute Defendants"). For good cause shown, the Court finds that the Motion should be and is hereby GRANTED.

It is therefore ORDERED that Named Defendants shall be replaced with the Substitute Defendants.

**It is SO ORDERED.**

**SIGNED this 8th day of August, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE