**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **GEOTAG, INC.,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 2:10-cv-00572-MHS | |
| § | | |
| **STARBUCKS CORP., et al.,** § | JURY TRIAL DEMANDED | |
| § | | |
| Defendants. § | | |
| § | | |

## ORDER

The Stipulated Motion for Dismissal with Prejudice (Doc. No. 453) of all claims that were or could have been asserted by Plaintiff GeoTag, Inc. ("GeoTag" or "Plaintiff") against Defendants Dunkin' Brands, Inc. and/or Dunkin' Donuts LLC (individually and/or collectively "Dunkin' Brands" or "Dunkin' Defendants"), and all compulsory counterclaims that were or could have been asserted by Dunkin' Defendants against Plaintiff, is GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims in this action asserted between Plaintiff and Dunkin' Defendants are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 19th day of September, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE