**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG INC.,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   C.A. No. 2:10-CV-572 |
| | § |
| **STARBUCKS CORP., ET AL.** | § |
| | § |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

Defendants Panera LLC and Panera Bread Company ("Defendants") provide notice that Jodi Rosen Wine is appearing as counsel for Defendants in this matter. Ms. Wine has previously been admitted pro hac in this case. Defendants request that copies of all notices and filings be provided to Ms. Wine as follows:

NIXON PEABODY LLP
300 SOUTH RIVERSIDE PLAZA, 16TH FLOOR
CHICAGO, IL 60606
Telephone: 312-425-8639
Facsimile: 866-838-6374
E-mail: jwine@nixonpeabody.com
IL State Bar No. 6209883

Dated: October 17, 2012            Respectfully submitted,


By: */s/ Jodi Rosen Wine*
Jodi Rosen Wine
Illinois State Bar No. 6209883
Nixon Peabody, LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Telephone: 312-425-3900
Fax: 312-425-3909
Email: jwine@nixonpeabody.com

14184014.1

                                          COUNSEL FOR DEFENDANTS, PANERA LLC
                                          and PANERA BREAD COMPANY

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 17th day of October, 2012.  Any other counsel of record will be served by first class mail.

                                          */s/ Jodi Rosen Wine*
                                          Jodi Rosen Wine

14184014.1