**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **FRONTIER COMMUNICATIONS CORP.,** *et al.*, | **2:10-cv-265** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **YELLOWPAGES.com LLC** | **2:10-cv-272** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **GEORGIO ARMANI S.P.A.,** *et al.*, | **2:10-cv-569** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **AROMATIQUE, INC.,** *et al.*, | **2:10-cv-570** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **GUCCI AMERICA, INC.,** *et al.*, | **2:10-cv-571** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **STARBUCKS CORP.,** *et al.*, | **2:10-cv-572** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**RENT-A-CENTER, INC.,** *et al.*, | **2:10-cv-573** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE WESTERN UNION COMPANY,** *et al.*, | **2:10-cv-574** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ROYAL PURPLE, INC.,** e*t al.*, | **2:10-cv-575** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**YAKIRA, L.L.C.,** e*t al.*, | **2:10-cv-587** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**WHERE 2 GET IT, INC.,** e*t al.*, | **2:11-cv-175** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ZOOSK, INC.** | **2:11-cv-403** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EYE CARE CENTERS OF AMERICA, INC.,**<br> **et al.,** | **2:11-cv-404** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CIRCLE K STORES, INC., et al.,** | **2:11-cv-405** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERCO, et al.,** | **2:11-cv-421** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**7-ELEVEN, INC., et al.,** | **2:11-cv-424** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SUNBELT RENTALS, INC.** | **2:11-cv-425** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CLASSIFIED VENTURES, LLC** | **2:11-cv-426** |

| | |
|---|---|
| **WHERE 2 GET IT, INC.,** | |
| **v.** | **2:12-cv-149** |
| **GEOTAG, INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-436** |
| **AMERICAN APPAREL INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-437** |
| **ABERCROMBIE & FITCH CO.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-438** |
| **AMERICAN EAGLE OUTFITTERS INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-439** |
| **ANN INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-440** |
| **NEW ASHLEY STEWART, INC.** | |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>BURLEIGH POINT, LTD. | 2:12-cv-441 |
| GEOTAG, INC.,<br><br>v.<br><br>CATALOGUE VENTURES, INC. | 2:12-cv-442 |
| GEOTAG, INC.,<br><br>v.<br><br>BURBERRY LIMITED | 2:12-cv-443 |
| GEOTAG, INC.,<br><br>v.<br><br>BURLINGTON FACTORY WAREHOUSE CORPORATION | 2:12-cv-444 |
| GEOTAG, INC.,<br><br>v.<br><br>CACHE INC. | 2:12-cv-445 |
| GEOTAG, INC.,<br><br>v.<br><br>THE WILLIAM CARTER COMPANY | 2:11-cv-446 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CHARMING SHOPPES INC.** | **2:12-cv-447** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CHICO'S FAS INC.** | **2:12-cv-448** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CITI TRENDS INC.** | **2:12-cv-449** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CLAIRE'S BOUTIQUES, INC.** | **2:12-cv-450** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**COLDWATER CREEK INC.** | **2:12-cv-451** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DAVID'S BRIDAL INC.** | **2:12-cv-452** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DEB SHOPS INC.** | **2:12-cv-453** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DELIAS INC.** | **2:11-cv-454** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DESTINATION MATERNITY CORPORATION** | **2:12-cv-455** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DIESEL U.S.A. INC.** | **2:12-cv-456** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DONNA KARAN INTERNATIONAL INC.** | **2:12-cv-457** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LVMH MOET HENNESSY LOUIS VUITTON INC.** | **2:12-cv-458** |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> DOTS, LLC | 2:12-cv-459 |
| GEOTAG, INC., <br><br> v. <br><br> DRAPER'S & DAMON'S INC. | 2:12-cv-460 |
| GEOTAG, INC., <br><br> v. <br><br> EDDIE BAUER LLC | 2:12-cv-461 |
| GEOTAG, INC., <br><br> v. <br><br> ESPRIT US RETAIL LIMITED | 2:12-cv-462 |
| GEOTAG, INC., <br><br> v. <br><br> FACTORY CONNECTION LLC | 2:11-cv-463 |
| GEOTAG, INC., <br><br> v. <br><br> THE FINISH LINE INC. | 2:11-cv-464 |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> FOREVER 21 RETAIL INC. | **2:12-cv-465** |
| GEOTAG, INC., <br><br> v. <br><br> FORMAL SPECIALISTS LTD. | **2:12-cv-466** |
| GEOTAG, INC., <br><br> v. <br><br> FREDERICK'S OF HOLLYWOOD STORES INC. | **2:12-cv-467** |
| GEOTAG, INC., <br><br> v. <br><br> GROUPE DYNAMITE, INC. D/B/A GARAGE | **2:12-cv-468** |
| GEOTAG, INC., <br><br> v. <br><br> GUESS? RETAIL INC. | **2:12-cv-469** |
| GEOTAG, INC., <br><br> v. <br><br> H&M HENNES & MAURITZ LP | **2:12-cv-470** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HANESBRANDS INC.** | **2:12-cv-471** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HOT TOPIC INC.** | **2:12-cv-472** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HUGO BOSS FASHION INC.** | **2:12-cv-473** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**J. CREW GROUP INC.** | **2:12-cv-474** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JIMMY JAZZ INC.** | **2:12-cv-475** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JOS. A. BANK CLOTHIERS INC.** | **2:12-cv-476** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>ALCO STORES INC. | 2:12-cv-477 |
| GEOTAG, INC.,<br><br>v.<br><br>FRED'S INC. | 2:12-cv-478 |
| GEOTAG, INC.,<br><br>v.<br><br>BAKERS FOOTWEAR GROUP | 2:12-cv-479 |
| GEOTAG, INC.,<br><br>v.<br><br>BROWN SHOE COMPANY INC. | 2:11-cv-480 |
| GEOTAG, INC.,<br><br>v.<br><br>COLLECTIVE BRANDS INC. | 2:12-cv-481 |
| GEOTAG, INC.,<br><br>v.<br><br>CROCS INC. | 2:12-cv-482 |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>DSW INC. D/B/A DSW SHOE INC. | 2:12-cv-483 |
| GEOTAG, INC.,<br><br>v.<br><br>FLEET FEET INC. | 2:12-cv-484 |
| GEOTAG, INC.,<br><br>v.<br><br>FOOT SOLUTIONS INC. | 2:12-cv-485 |
| GEOTAG, INC.,<br><br>v.<br><br>GENESCO INC. | 2:12-cv-486 |
| GEOTAG, INC.,<br><br>v.<br><br>HEELY'S INC. | 2:12-cv-487 |
| GEOTAG, INC.,<br><br>v.<br><br>JUSTIN BOOT COMPANY | 2:12-cv-488 |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>AMERICAN GREETINGS CORPORATION | 2:12-cv-520 |
| GEOTAG, INC.,<br><br>v.<br><br>HALLMARK CARDS, INC. | 2:12-cv-521 |
| GEOTAG, INC.,<br><br>v.<br><br>HICKORY FARMS INC. | 2:12-cv-522 |
| GEOTAG, INC.,<br><br>v.<br><br>SPENCER GIFTS LLC | 2:12-cv-523 |
| GEOTAG, INC.,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC | 2:11-cv-524 |
| GEOTAG, INC.,<br><br>v.<br><br>THINGS REMEMBERED, INC. | 2:11-cv-525 |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>THE YANKEE CANDLE COMPANY, INC. | **2:12-cv-526** |
| GEOTAG, INC.,<br><br>v.<br><br>BOSE CORPORATION | **2:12-cv-527** |
| GEOTAG, INC.,<br><br>v.<br><br>GUITAR CENTER INC. | **2:12-cv-528** |
| GEOTAG, INC.,<br><br>v.<br><br>PROGRESSIVE CONCEPTS INC. | **2:12-cv-529** |
| GEOTAG, INC.,<br><br>v.<br><br>24 HOUR FITNESS WORLDWIDE INC. | **2:12-cv-530** |
| GEOTAG, INC.,<br><br>v.<br><br>BALLY TOTAL FITNESS CORPORATION | **2:12-cv-531** |

| | |
|---|---|
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **BARE ESCENTIALS INC.** | **2:12-cv-532** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **BIOSCRIP INC.** | **2:12-cv-533** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **CRABTREE & EVELYN** | **2:12-cv-534** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **CURVES INTERNATIONAL INC.** | **2:12-cv-535** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **GOLD'S GYM INTERNATIONAL INC.** | **2:12-cv-536** |
| **GEOTAG, INC.,** <br><br> **v.** <br><br> **GREAT CLIPS INC.** | **2:12-cv-537** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**L.A. FITNESS INTERNATIONAL INC.** | **2:12-cv-538** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LIFE TIME FITNESS INC.** | **2:12-cv-539** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**M.A.C. COSMETICS INC.** | **2:12-cv-540** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**MERLE NORMAN COSMETICS** | **2:11-cv-541** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.** | **2:12-cv-542** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**REGIS CORPORATION** | **2:12-cv-543** |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> SALLY BEAUTY SUPPLY LLC | **2:12-cv-544** |
| GEOTAG, INC., <br><br> v. <br><br> SEPHORA USA INC. | **2:12-cv-545** |
| GEOTAG, INC., <br><br> v. <br><br> TONI&GUY USA, LLC | **2:12-cv-546** |
| GEOTAG, INC., <br><br> v. <br><br> ULTA SALON, COSMETICS & FRAGRANCE, INC. | **2:12-cv-547** |
| GEOTAG, INC., <br><br> v. <br><br> VITAMIN SHOPPE INDUSTRIES, INC. | **2:12-cv-548** |
| GEOTAG, INC., <br><br> v. <br><br> EYEMART EXPRESS, LTD. | **2:12-cv-549** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>LUXOTTICA RETAIL NORTH AMERICA INC. | 2:12-cv-550 |
| GEOTAG, INC.,<br><br>v.<br><br>NATIONAL VISION INC. | 2:12-cv-551 |
| GEOTAG, INC.,<br><br>v.<br><br>U.S. VISION INC. | 2:12-cv-552 |
| GEOTAG, INC.,<br><br>v.<br><br>WILD BIRDS UNLIMITED INC. | 2:12-cv-553 |
| GEOTAG, INC.,<br><br>v.<br><br>JOS. A. BANK CLOTHIERS INC. | 2:12-cv-554 |
| GEOTAG, INC.,<br><br>v.<br><br>BUTH-NA-BODHAIGE INC. | 2:12-cv-555 |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-556** |
| **PSP GROUP, LLC** | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-557** |
| **RITZ INTERACTIVE LLC** | |

## MOTION TO STRIKE INSUFFICIENT INFRINGEMENT CONTENTIONS, OR IN THE ALTERNATIVE, COMPEL MEANINGFUL INFRINGEMENT CONTENTIONS THAT COMPLY WITH P.R. 3-1

Defendants Doctor's Associates Inc. d/b/a Subway ("Subway"), ASICS America Corp. ("ASICS"), Brown Jordan International Inc. ("Brown Jordan"), Caterpillar Inc. ("Caterpillar"), and People Media Inc. ("People Media") (collectively, "Exemplar Defendants")[1] respectfully move the Court for an Order striking Plaintiff GeoTag Inc.'s ("GeoTag") June 27, 2012 Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions") for failure to comply with Local Patent Rule ("P.R.") 3-1, or in the alternative, for an Order compelling GeoTag to amend its Infringement Contentions to comply with P.R. 3-1 and provide adequate notice of its infringement theories.

## I.    INTRODUCTION

GeoTag has alleged infringement of U.S. Patent No. 5,930,474 by over 400 Defendants based on "locator technology" on those defendants' websites.  However, rather than providing Defendants with detailed infringement contentions that comply with P.R. 3-1, GeoTag served each Defendant with substantially similar, generic infringement contentions that repeatedly ignore claim limitations or address them with only a conclusory recitation of the claim language itself.  For example, while GeoTag alleges that Defendants provide a search engine configured to

---

[1] Although only five of the over four hundred defendants in these cases are raised here as Exemplar Defendants, the contentions served on the remaining defendants are deficient for the same or similar reasons described herein.  Over 334 defendants joined in a letter pointing out specific deficiencies in GeoTag's Infringement Contentions. Counsel for GeoTag purported to refuse to acknowledge that a proper meet and confer occurred except as to those defendants identified as exemplars in Defendants' letter outlining the various deficiencies in GeoTag's contentions—even though the deficiencies for each of the Defendants are generally the same. (*See* July 25, 2012 Letter from M. Bittner to E. Buether (attached as Exhibit A))—but Andrew Spangler, GeoTag's Local Counsel, agreed in the same call that GeoTag would update its infringement contentions with respect to all similarly-situated Defendants if GeoTag lost this issue.  Based on Mr. Spangler's agreement, the remaining Defendants thus join and file this Motion in their respective cases and request relief as to GeoTag's individual infringement contentions against them.

search topics, GeoTag identifies purported topics that are *not searched*, *or even searchable*, by the accused website (*e.g.*, store telephone numbers, store hours, *etc.*) as its support.  In addition, claim limitations requiring "dynamic replication" of an entry were critical to overcoming prior art of record during prosecution, but GeoTag's Infringement Contentions make no attempt to explain how the accused websites allegedly perform "dynamic replication" and instead, simply parrot the claim language.  These and other deficiencies have forced Defendants to prepare their defense without a basic understanding of GeoTag's infringement theory for numerous claim limitations.   Because GeoTag has refused to correct these deficiencies without Court intervention, Defendants request that this Court either strike GeoTag's Infringement Contentions or order GeoTag to comply with the Local Patent Rules and provide meaningful contentions before Defendants are further prejudiced by having to defend against vague and indeterminable allegations.

## II.    BACKGROUND

To date, Plaintiff GeoTag has filed eighteen different lawsuits in this District directed at "locator technology" (for example, the "Find a Store" feature at http://www.subway.com/storelocator/default.aspx).  Among these lawsuits are two cases filed in July 2010 (the "July 2010 Locator Actions"), nine cases filed between December 2010 and March 2011 (the "December 2010 Locator Actions") and seven cases filed in September 2011 ("the September 2011 Locator Actions").  Two of the September 2011 Locator Actions, Case Nos. 2:11-cv-404 and 2:11-cv-405, were severed into several individual cases due to GeoTag's improper multi-defendant filing after the effective date of certain joinder provisions of the America Invents Act.  All told, GeoTag has sued nearly five hundred entities over their alleged

infringement of U.S. Patent No. 5,930,474 ("the '474 Patent") by providing various locator services on their commercial websites.

GeoTag served its first Disclosure of Asserted Claims and Infringement Contentions on defendants in the December 2010 Locator Actions on November 21, 2011.  These contentions were not only substantially similar as to each Defendant—save individualized screenshots from the accused websites—but also were facially insufficient under P.R. 3-1 for the same reasons described herein.  On December 8, 2011, in an effort to understand GeoTag's infringement theories and adequately prepare their defense, Defendants sent letters to counsel for GeoTag outlining the various deficiencies and requesting amended contentions.  (*See* December 8, 2011 Letter from M. Bittner to E. Buether (attached as Exhibit B)).  Because the same deficiencies applied to almost every Defendant, Defendants identified common issues using exemplar claim charts rather than repeatedly describing the same deficiencies for every single Defendant.  (*See id.).*  GeoTag never addressed these deficiencies.

On February 23, 2012, before this dispute could be resolved the cases were re-assigned to Judge Schneider who subsequently placed the July 2010 Locator Actions, the December 2010 Locator Actions, and the September 2011 Locator Actions on a single schedule.  Pursuant to the new schedule, GeoTag served the Infringement Contentions at issue in this Motion on all Defendants on June 27, 2012.  GeoTag's June 2012 Infringement Contentions to the Defendants in the December 2010 Locator Actions were identical to GeoTag's November 21, 2011 contentions in all aspects relevant to this Motion.  The Infringement Contentions served to Defendants in the September 2011 Locator Action were also substantially similar to the original Infringement Contentions, except for an  insignificant number of individualized screenshots of the accused websites.

Because the same deficiencies identified by Defendants in response to GeoTag's November 21, 2011 contentions were still present in the June 27, 2012 contentions, Defendants again raised these deficiencies with GeoTag by letter on July 25, 2012.  (*See* Exhibit A (July 25, 2012 Letter)).  Once again, Defendants described these deficiencies using exemplars rather than describing them in detail for each and every one of the over 400 named entities.  (*See id.*)  After numerous unexcused delays by GeoTag, including multiple substitutions of plaintiff's counsel, the parties finally met and conferred on the issues raised in these letters on October 12, 2012.  However, despite the presence of dozens of attorneys on the call, GeoTag inexplicably denied that a proper meet and confer occurred except as to the four defendants used as exemplars in the July 2012 deficiency letter.  Rather than debate the meet and confer requirements of L.R. CV-7(h), Exemplar Defendants—including Subway, which separately met and conferred on October 24, 2012—file this Motion with the understanding that GeoTag will not force similarly situated Defendants to re-cast the motion with reference to their particular infringement contentions on issues decided by the Court here.

Additionally, GeoTag has repeatedly stated that it would amend its infringement contentions upon receiving source code from any Defendant.  (*See, e.g.*, Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order, Case No. 2:10-cv-570, Dkt. No. 358, at 8 ("Any Defendant may produce Source Code Materials relevant to its accused instrumentalities at any time.  Plaintiff shall serve amended infringement contentions with respect to any such Defendant's accused instrumentalities within 75 days of the date the Defendant makes its Source Code Materials relevant to those instrumentalities available to Plaintiff for inspection and review.") (attached as Exhibit C).)  On August 17, 2012, a large number of Defendants either produced source code to GeoTag or made source code available for

inspection and review by GeoTag.  Over two months have passed, and GeoTag has failed to amend its infringement contentions to incorporate facts from the disclosed source code.  Because GeoTag's contentions fail to place Defendants on proper notice of GeoTag's infringement theories, Exemplar Defendants seek an Order compelling GeoTag to amend its contentions to comply with P.R. 3-1.

### III.   LEGAL STANDARD

The Local Patent Rules set high expectations for the extent of preparation plaintiffs must exert before bringing patent infringement suits and require plaintiffs to disclose their infringement contentions before discovery has begun.  *Am. Video Graphics, L.P. v. Elec. Arts, Inc.*, 359 F. Supp. 2d 558, 560 (E.D. Tex. 2005).  Plaintiffs are required to "formulate, test, and crystallize their infringement theories" before providing their infringement contentions. *Connectel, LLC v. Cisco Sys., Inc.*, 391 F. Supp. 2d 526, 527 (E.D. Tex. 2005).  Patent Rule 3-1 requires that a party claiming patent infringement must serve on all parties infringement contentions that include "[a] chart identifying specifically where each element of each asserted claim is found within each Accused Instrumentality."  (P.R. 3-1.)  Plaintiffs must "rigorously analyze all publicly available information before bringing suit and must explain with great detail their theories of infringement."  *Connectel*, 391 F. Supp. 2d at 528.

Infringement contentions "providing vague, conclusory language or simply mimicking the language of the claims when identifying infringement fail[] to comply with Patent Rule 3-1." *STMicroelect., Inc. v. Motorola, Inc.*, 308 F. Supp. 2d 754, 755 (E.D. Tex. 2004).  To comply with Patent Rule 3-1, infringement contentions must "set forth particular theories of infringement with sufficient specificity to provide Defendants with notice of infringement beyond that which

is provided by the mere language of the patent claims themselves." *Connectel*, 391 F. Supp. 2d at 527-28 (citation omitted).

The infringement contentions required by the Local Patent Rules are designed "to streamline the discovery process and provide both parties with the information required to litigate their case." *Computer Acceleration Corp. v. Microsoft Corp.*, 503 F. Supp. 2d 819, 823 (E.D. Tex. 2007). GeoTag's contentions do not provide this required information. Without such detailed infringement contentions, Defendants are unable to adequately prepare their defenses. *See Am. Video Graphics*, 359 F. Supp. 2d at 560.

## IV.    ARGUMENT

### A.    GeoTag's Vague and Conclusory Infringement Contentions Are Insufficient to Satisfy P.R. 3-1

GeoTag's generic infringement contentions are rife with vague and conclusory allegations that simply mimic the claim language and thwart the very purpose of P.R. 3-1—to notify Defendants of GeoTag's *specific* infringement theories. Such unsupported allegations in GeoTag's contentions are too numerous to capture in a single 15-page motion. Defendants describe a number of representative examples here. For instance, GeoTag alleges that the accused websites are "configured to search said topics," yet the purported "topics" identified by GeoTag for the Exemplar Defendants *cannot be searched* as explained below. Similarly, every claim requires that entries be "dynamically replicated," but GeoTag's contentions ignore this key limitation entirely—and merely repeat the claim language without identifying any specific accused feature. Other deficiencies include GeoTag's failure to identify where the Defendants' accused websites contain "a database organized into a hierarchy of geographical areas" and GeoTag's inability to show Defendants' purported selection of geographical areas prior to selecting a topic as required by the claims. Because the Local Patent Rules do not allow GeoTag

to provide conclusory allegations in lieu of actual infringement theories, the Court should strike

GeoTag's Infringement Contentions, or in the alternative, order GeoTag to comply with P.R. 3-1.

*See Computer Acceleration Corp.*, 503 F. Supp. 2d at 823.

1.    **GeoTag's Infringement Contentions Ignore Limitations Requiring a Search Engine to Search, Maneuver Among, or Select Topics**

GeoTag's Infringement Contentions ignore limitations in several claims of the Patent-in-

Suit by failing to identify topics that can be searched, selected, or maneuvered among by a search

engine.  Specifically, claims 1, 20, 34, 37, and their dependents require:

- "said search engine further configure[d] to search said topics" (claims 1, 20);
- "directing said search engine to maneuver among said topics" (claim 34); and
- "directing said search engine to select one of said topics" (claim 37).

Although GeoTag's Infringement Contentions purportedly identify topics,[2] the topics identified

for the Exemplar Defendants are static text results that cannot be selected or searched.

For example, GeoTag's Infringement Contentions against Subway assert "the Accused

Instrumentality includes a search engine… which is configured to search… topically (e.g. store

hours, phone numbers, store number, and credit cards accepted along with distance)."

(GeoTag's Infringement Contentions as to Subway, at 6 (attached as Exhibit D).)     As the sole

support for this statement, GeoTag offers the following screenshot from Subway's website:

---

[2] Defendants deny that the purported "topics" identified by GeoTag constitute "topics" as required by the claims.



(*Id.* at 7;) *see also* www.subway.com/storelocator/default.aspx. This screenshot, however, provides no support for GeoTag's conclusory allegations. The supposed topics identified by GeoTag—store hours, phone numbers, store number, and credit cards accepted along with distance—are only static images on the screen. That is, although website visitors can *view* this information, the website does not allow such visitors to *select or search* such information. Likewise, visitors to Brown Jordan's Dealer Locator, www.brownjordan.com/store-locator/landing.do, cannot search or select "store name and telephone number," contrary to GeoTag's conclusory contentions. (*See id.* at 6-7.)

Despite receiving repeated notices of these discrepancies, GeoTag has made no effort to explain, for example, how such search engines are configured to search topics when the supposed topics cannot be searched. In each case, GeoTag instead offers only conclusory statements that parrot the claim language such as: "The search engine is also configured to search topics within the geographical search area." (*See id.* at 6.) Such vague, conclusory

statements, however, "simply mimic[] the language of the claims when identifying infringement [and] fail to comply with Patent Rule 3-1." *STMicroelec.,* 308 F. Supp. 2d at 755.

### 2. GeoTag's Infringement Contentions Do Not Explain How "Entries" are "Dynamically Replicated"

Likewise, GeoTag's Infringement Contentions repeatedly ignore limitations requiring "entries" to be "dynamically replicated."  Not only are these limitations present in every claim of the Patent-in-Suit, but these limitations were added by amendment during prosecution to overcome prior art rejections by the examiner.  (*See* July 28, 1998 Examiner Interview Summary Record (attached as Exhibit E) ("The dynamic replication of an entry in narrow geographical area would overcome the prior art of record.").)  Specifically, asserted claims 1, 20, 31, and their dependents require:

- "wherein… at least one of said entries associated with a broader geographical area is dynamically replicated into at least one narrower geographical area" (claim 1);[3]
- "wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse" (claim 20); and
- "dynamically replicating an entry from broader geographical area into said geographical search area" (claim 31).

Again, however, because GeoTag's Infringement Contentions do not address these limitations in any meaningful way, they fail to put Defendants on notice as to GeoTag's infringement theory.

GeoTag's Infringement Contentions against Subway, for example, assert that this limitation is met without any explanation of the concept of "dynamic replication."  Indeed, despite its critical importance, this claim element is buried in the discussion of several other limitations in GeoTag's charts, and fails to identify what part, if any, of GeoTag's discussion relates to "dynamic replication."  (*See* Exhibit D at 6).  To the extent that GeoTag's assertion that

---

[3] As modified by the April 9, 2002 Certificate of Correction.

"the store locator returns a number of stores within or near a certain zip code, city, state, and/or street address" (*id.*) is meant to address this element, the Infringement Contentions make no effort to explain how or why the simple act of "return[ing] a number of stores" demonstrates the allegedly novel concept of "dynamic replication" that was critical to patentability.

GeoTag's Infringement Contentions against the other Exemplar Defendants are equally vague. (*See, e.g.*, GeoTag's Infringement Contentions as to ASICS (attached as Exhibit F)). For instance, GeoTag's Infringement Contentions against ASICS make only the generic statement that "the find a retailer returns a number of stores within or near a certain city, state, and/or zip code." (*Id.* at 7.) Again, GeoTag makes no effort to discuss whether "return[ing] a number of stores" constitutes "dynamic replication," and if so, how. By glossing over this key claim element, GeoTag has failed to "set forth particular theories of infringement with sufficient specificity to provide Defendants with notice of infringement beyond that which is provided by the mere language of the patent claims themselves." *Connectel*, 391 F. Supp. 2d at 527-28; *STMicroelec.*, 308 F. Supp. 2d at 755.

### 3.     GeoTag's Infringement Contentions Provide No Basis for the Assertion that a "Database of Information is Organized into a Hierarchy of Geographical Areas"

Because asserted claims 1 and 20 each require "a database of information organized into a hierarchy of geographical areas," Patent Rule 3-1 requires GeoTag to specifically identify "a database of information" and show that it is organized into a "hierarchy of geographical areas." GeoTag fails to make this specific identification and offers no basis for its assumption that this element is present in the accused websites.

By way of example, in the Subway store locator claim chart, GeoTag makes the general and conclusory assertion that "to return a search for stores by city, state, zip code and/or near a street address, the Accused Instrumentality includes a database of information organized into a

hierarchy of geographical areas." (Exhibit D at 3.) GeoTag makes an almost identical conclusory allegation against the other Exemplar Defendants. (*See* GeoTag's Infringement Contentions as to Caterpillar (attached as Exhibit G).) With this single unsupported allegation, GeoTag not only fails to identify a database, but also neglects to show how such a database is "organized into a hierarchy of geographical areas." Indeed, GeoTag offers no basis for its assertion other than listing the input criteria for performing a store search. This input criteria, however, is irrelevant to the organization of any underlying database. Simply because a store search can be performed on the basis of a "city, state, zip code and/or near a street address" does not mean that a database of information must be organized in any particular way, much less hierarchically. GeoTag neither identifies a database organized into a hierarchy of geographical areas, nor provides a meaningful basis for demonstrating that a database organized in this manner exists in the accused website.

GeoTag's Infringement Contentions regarding these claims thus fail to "identify[] specifically where each element of each asserted claim is found within each Accused Instrumentality," as required by Patent Rule 3-1. GeoTag cannot satisfy its obligations under the Local Patent Rules by repeating the claim language, but is instead required to be as specific as possible in making its infringement contentions. *See Smartphone Tech. LLC v. HTC Corp.*, Case No. 6:10-cv-580, 2012 WL 1424173, at *3 (E.D. Tex. Mar. 16, 2012). Without specific contentions, Defendants cannot adequately prepare their defenses.

**4.    GeoTag's Infringement Contentions Do Not Show the Search Engine Being Configured to Select One of the Hierarchies of Geographical Areas Prior to Selection of a Topic**

GeoTag also fails to identify a "search engine further configured to select one of said hierarchy of geographical areas prior to selection of a topic"[4] as required by claim 1.   For example, in Subway's Infringement Contentions, GeoTag makes the general and conclusory assertion that the search engine "is configured to search geographically (*e.g.*, zip code, city, state and/or street address) and topically (*e.g.*, store hours, phone numbers, store number, and credit cards accepted along with distance)."   (*See* Exhibit D at 6.)   However, GeoTag never identifies how the search engine searches geographically and topically, nor does it explain whether or how the search engine searches in the order required by the claim—first geographically, and then topically.   Indeed, by way of example, Subway's accused website is not configured to search topically; it merely conducts geographical searches.   (*See supra* Section IV.A.)   Nevertheless, even if the Subway store locator could search both geographically and topically, GeoTag never explains how a search engine selects one of the hierarchies of geographical areas *prior to* selecting a topic.   In that context, if GeoTag alleges that the initial zip code search constitutes "select[ing] one of said hierarchy of geographical areas," GeoTag must also identify a topic that can be selected after the zip code search.   As discussed previously, the purported topics ("store hours, phone numbers, store number, and credit cards accepted along with distance") simply cannot      be      selected      or      searched.      (Exhibit      D      at      7;      *see      also* www.subway.com/storelocator/default.aspx.)   Therefore, GeoTag fails to identify any topic covered by the claim or on what basis it has grounds to believe that the search engine is configured to search in such a way.

Simply put, GeoTag's Infringement Contentions regarding asserted claim 1 do not conform to the standards of Patent Rule 3-1.   GeoTag is required "to specifically delineate how

---

[4] As modified by the April 9, 2002 Certificate of Correction.

the operation of any Accused Product corresponds to any claim limitation." *Linex Tech., Inc. v. Belkin Int'l, Inc.*, 628 F. Supp. 2d 703, 709 (E.D. Tex. 2008) (granting defendant's motion to compel infringement contentions for failing "to explain how each Accused Product is asserted to infringe each claim limitation").  GeoTag cannot rely on vague, conclusory language or simply repeat the language of the asserted claims. *See Davis-Lynch, Inc. v. Weatherford Int'l, Inc.*, 2009 WL 81874, at *2 (E.D. Tex. Jan. 12, 2009) (ordering plaintiff to amend its infringement contentions because the "charts do little more than parrot the claim language").  However, that is precisely what GeoTag has done.  In each of its infringement charts, GeoTag does little more than mimic the language of the patent claim.

**B.      GeoTag Has Had Access to or Received Source Code from Defendants and Has Failed to Amend Its Infringement Contentions Accordingly**

In its October 5, 2012, response to Defendants' letter addressing the deficiencies of the Infringement Contentions, GeoTag claimed that it could not provide more detailed contentions without access to Defendants' source code.  (*See* October 5, 2012 Letter from D. Bennett to M. Bittner ("A review of the source code for the search engine would provide further evidence of the order in which the criteria are searched, however, the source code is not publicly available.") (attached as Exhibit H).)  However, on August 17, 2012, a large number of Defendants either produced source code or made source code available to GeoTag for inspection and review.[5]  GeoTag has failed to amend its Infringement Contentions to include facts disclosed in the available source code.

In *IP Co. v. Oncor Electric Delivery Company LLC*, No. 2:09-cv-037 (E.D. Tex. filed Jan. 29, 2009), Judge Folsom ordered the plaintiff to supplement or amend its infringement

---

[5]      The July 2010 Locator Defendants produced technical documents and made source code available even earlier, in the summer of 2011.

contentions after the defendants made their source code available to the plaintiff.  The Court in that case held that because the plaintiff had access to defendants' source code, its initial conclusory infringement contentions did not comply with P.R. 3-1.  *Id.*  Additionally, in *Computer Acceleration Corp.*, 503 F. Supp. 2d at 824, this Court held that the plaintiff's lack of diligence in amending its infringement contentions after receiving source code from the defendant weighed in favor of striking those infringement contentions.  *See also Am. Video Graphics*, 359 F. Supp. 2d at 561 ("Once [Plaintiff] has access to the code, it will be able to supplement its 3-1(c) disclosures and better inform Defendants as to its infringement contentions.").  GeoTag has had access to the source code of a large number of Defendants for over two months (and for some Defendants, over a year-and-a-half).  Thus, GeoTag should be required to amend its Infringement Contentions to incorporate facts disclosed in the source code and other produced documents.

## V.     CONCLUSION

GeoTag's Infringement Contentions fail to satisfy P.R. 3-1 because they provide vague conclusory allegations and do not "identify[] specifically where each element of each asserted claim is found within each Accused Instrumentality."  Additionally, GeoTag has failed to amend its Infringement Contentions to incorporate facts disclosed by a large number of Defendants in their source code.  For the reasons discussed herein, Exemplar Defendants respectfully request that the Court enter an Order striking GeoTag's Infringement Contentions for failure to comply with P.R. 3-1, or in the alternative, compelling GeoTag to amend its Infringement Contentions to comply with P.R. 3-1 within thirty days of such Order.

Dated: November 19, 2012

Respectfully submitted,

*/s/ Michael A. Bittner*
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Michael A. Bittner
Texas Bar No. 24064905
mrb@fr.com
Jane J. Du
Texas Bar No. 24076355
jjd@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

COUNSEL FOR DEFENDANTS
AMERICA GREETINGS CORPORATION; ASICS
AMERICA CORP.; AVIS BUDGET GROUP, INC.;
AVIS RENT A CAR SYSTEM, LLC; BEST MAID
PRODUCTS, INC.; BJ'S WHOLESALE CLUB, INC.;
THE BOEING COMPANY; BROOKSTONE COMPANY,
INC.; BURGER KING CORP.; CABELA'S, INC.;
CHANEL, INC.; CHARMING SHOPPES INC.; CICI
ENTERPRISES, LP D/B/A/ CICI'S PIZZA; DAVID'S
BRIDAL INC.; DOCTOR'S ASSOCIATES, INC. D/B/A
SUBWAY; DOLLAR RENT A CAR, INC.; DOLLAR
THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR
TREE, INC.; FORMAL SPECIALISTS LTD.; GATES
THAT OPEN, LLC D/B/A/ MIGHTY MULE; GUESS?
RETAIL INC.; INTERSTATE BATTERY SYSTEMS OF
AMERICA, INC.; JACK IN THE BOX, INC.; JOS. A.
BANK CLOTHIERS INC.; KOHLER CO.; KUBOTA
TRACTOR CORP.; LEARNING EXPRESS, INC.; LIVE
NATION WORLDWIDE, INC.; LUXOTTICA RETAIL
NORTH AMERICA INC.; MEXICAN RESTAURANTS,
INC.;  PIP, INC. D/B/A PIP PRINTING AND
MARKETING SERVICES; POLO RALPH LAUREN
CORP.; RADIO SHACK CORP.; RALPH LAUREN
MEDIA, LLC; RHINO LININGS CORP.;
RICHEMONT NORTH AMERICA, INC. D/B/A
CARTIER; SEVEN FOR ALL MANKIND, LLC;
SOUTHERN STATES COOPERATIVE; STERLING
JEWELERS, INC. D/B/A JARED THE GALLERIA OF
JEWELRY D/B/A KAY JEWELERS; TICKETMASTER

L.L.C.; **T**HRIFTY, **I**NC.; **U**LTA **S**ALON, **C**OSMETICS & **F**RAGRANCE, **I**NC.; **V**AN **C**LEEF & **A**RPELS, **I**NC.; **V**ITAMIN **C**OTTAGE **F**OOD **M**ARKETS, **I**NC.; **W**INN-**D**IXIE **S**TORES, **I**NC.

*/s/ Ury Fischer*
Ury Fischer
Florida Bar No. 0048534
ufischer@lfiplaw.com
Lott & Fischer, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: 305.448.7089
Facsimile: 305.446-6191

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT
BROWN JORDAN INTERNATIONAL, INC.**

*/s/ Phong D. Nguyen*
Robert G Abrams - LEAD ATTORNEY
Gregory J. Commins, Jr.
Phong D. Nguyen (TX Bar No. 24002690)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
T: (202) 861-1500
F: (202) 861-1783
rabrams@bakerlaw.com
gcommins@bakerlaw.com
pnguyen@bakerlaw.com

**Attorneys for Defendant
Caterpillar Inc.**

*/s/ James S. Blackburn*

James S. Blackburn (*Pro Hac Vice*)
James.blackburn@aporter.com
Ali R. Sharifahmadian (*Pro Hac Vice*)
Ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Stree
44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants**
**Local.com Corporation; Dex One Corporation;**
**Yellow Book USA, Inc.; Yelp!, Inc.; CityGrid**
**Media, LLC; Match.com SN, LLC; Match.com,**
**LLC; ServiceMagic, Inc.; People Media, Inc.;**
**International Coffee & Tea, LLC; and Crocs Inc.**

/s/ Michael J. Bettinger
Michael J. Bettinger (*pro hac*)
California State Bar No. 122196
mike.bettinger@klgates.com
Christy V. La Pierre (*pro hac*)
California State Bar No. 242691
christy.lapierre@klgates.com
Irene Yang
California State Bar No. 245464
irene.yang@klgates.com
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
(415) 882-8220 (*facsimile*)

Steven G. Schortgen
Texas State Bar No. 00794603
steve.schortgen@klgates.com
Jennifer Klein Ayers
Texas State Bar No. 24069322
jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500
(214) 939-5849 (*facsimile*)

**ATTORNEYS FOR DEFENDANTS**
**Advance Auto Parts, Inc., Advance Stores Co., Inc., Albertson's, Inc., Albertson's LLC, Bob Evans Farms, Inc., Bob Evans Restaurants of Michigan, LLC, CityGrid Media, LLC, Darden Corporation, Dex One Corporation, Doctor's Associates Inc. d/b/a Subway, Dollar General Corporation, Dots, LLC, E-Advance LLC, Gap Inc., Graco, Inc., J. Crew Group, Inc., M.A.C. Cosmetics, Inc. (The Estee Lauder Companies), McDonald's Corporation, Nike, Inc., OfficeMax, Inc., Quest Diagnostics, Inc., The Valspar Corporation, Yellow Book, USA, Inc., Yelp Inc.**

*/s/ Willem G. Schuurman*

Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
Ajeet P. Pai (TX Bar No. 24060376)
James D. Shead (TX Bar No. 24070609)
Patrick Doll (TX Bar No. 24078432)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com
apai@velaw.com
jshead@velaw.com
pdoll@velaw.com


**ATTORNEYS FOR DEFENDANTS
7-ELEVEN, INC., BARE ESCENTUALS, INC.,
BURBERRY LIMITED, CHRISTIAN DIOR
PERFUMES, LLC, CRABTREE & EVELYN,
LTD., DONNA KARAN INTERNATIONAL
INC., GOLD'S GYM INTERNATIONAL, INC.,
LVMH MOET HENNESSY LOUIS VUITTON,
INC., AND SEPHORA USA INC.**

/s/ *Brian K. Buss*
Danny L. Williams
Lead Counsel
State Bar No. 21518050
Brian K. Buss
State Bar No. 00798089
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011
dwilliams@wmalaw.com
bbuss@wmalaw.com

**ATTORNEY FOR DEFENDANTS
BESTBUY.COM, LLC; OLD NAVY, LLC;
TARGET CORP.; NORDSTROM, INC.;
BANANA REPUBLIC, LLC; GAP INC.;
COSTCO WHOLESALE CORP.; PETCO
ANIMAL SUPPLIES, INC.; PETCO ANIMAL
SUPPLIES STORES, INC.; ZALE
DELAWARE, INC.; STARBUCKS CORP.;
DUNKIN' BRANDS, INC.; DUNKIN' DONUTS,
LLC; DARDEN CORP.; MCDONALD'S
CORP.; CVS PHARMACY, INC.; CUMMINS,
INC.; DEERE & CO.; RITE AID CORP.; A&W
RESTAURANTS, INC.; KFC CORP.; LONG
JOHN SILVER'S, INC.; PIZZA HUT, INC.;
TACO BELL CORP.; JC PENNEY
CORPORATION, INC.; SPATIALPOINT LLC;
WAL-MART STORES, INC.; COLDWATER
CREEK, INC; SALLY BEAUTY SUPPLY,
LLC; L.A. FITNESS INTERNATIONAL, LLC;
BALLY TOTAL FITNESS CORP.; EDDIE
BAUER LLC; and HALLMARK CARDS
INCORPORATED**

*/s/ Jodi Rosen Wine*

J. Thad Heartfield
Texas State Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318 (Telephone)
(409) 866-5789 (Facsimile)
thad@jth-law.com
dru@jth-law.com

Jodi Rosen Wine
Illinois State Bar No. 6209883
Russell J. Genet
Illinois State Bar No. 6255982
NIXON PEABODY, LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Telephone: 312-425-3900
Fax:  312-425-3909
jwine@nixonpeabody.com
rgenet@nixonpeabody.com

Jason Kravitz
Massachusetts State Bar No. 565904
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: 617-345-1000
Fax:  617-345-1300
jkravitz@nixonpeabody.com

COUNSEL FOR DEFENDANTS

**ACADEMY LTD., AT&T SERVICES, INC., AT&T MOBILITY LLC, BANANA REPUBLIC LLC, BARNES & NOBLE, INC., BRINKER INTERNATIONAL, THE CHEESECAKE FACTORY, TCF CO. LLC, DEERE & CO., FIFTH THIRD BANK, THE GAP, INC., OLD NAVY LLC, HALLMARK CARDS, INC., HERMAN MILLER, INC., MACY'S INC., NORDSTROM INC., PANERA LLC, PANERA BREAD COMPANY, PETCO ANIMAL**

**SUPPLIES INC., PETCO ANIMAL SUPPLIES STORES, INC., STARBUCKS CORP., TARGET CORP., VALSPAR CORP.,  VF CORPORATION, SEVEN FOR ALL MANKIND LLC,  NAUTICA RETAIL USA, INC., THE WESTERN UNION COMPANY, WESTERN UNION HOLDINGS, INC., and CLARK EQUIPMENT COMPANY d/b/a BOBCAT COMPANY**

*/s/ Jason W. Cook*
Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone:  (404) 881-7000
Fax:      (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Phone:  (214) 922-3400
Fax:      (214) 922-3899

**COUNSEL FOR DEFENDANTS AFC ENTERPRISES, INC.; BASS PRO, INC.; BPS DIRECT, L.L.C.; BASS PRO OUTDOORS ONLINE, L.L.C.; DILLARD'S, INC.; HOBBY LOBBY STORES, INC. D/B/A HOBBY LOBBY CREATIVE CENTERS D/B/A HOBBY LOBBY; JOANN.COM, LLC AND JO-ANN STORES, INC.; GAMESTOP CORP.; THE TJX COMPANIES, INC. D/B/A TJ MAXX; BARNES & NOBLE, INC. AND BARNESANDNOBLE.COM, LLC; BIG LOTS, INC. AND BIG LOTS STORES, INC.; GUCCI AMERICA, INC.; LESLIE'S POOLMART, INC. D/B/A LESLIE'S POOLMART D/B/A LESLIE'S SWIMMING POOL SUPPLIES D/B/A LESLIE'S; PANERA BREAD COMPANY AND PANERA, LLC; AUTOZONE, INC.; CARMAX BUSINESS SERVICES, LLC AND CARMAX, INC.; BRAKE CENTERS OF THE SOUTHWEST, INC. D/B/A JUST BRAKES AND JUST BRAKES OF NEVADA, INC. D/B/A JUST BRAKES; O'REILLY AUTOMOTIVE, INC. D/B/A O'REILLY AUTO PARTS; THE PEP**

**BOYS – MANNY, MOE & JACK D/B/A PEP BOYS; FAMILY DOLLAR STORES, INC. AND FAMILY DOLLAR, INC.; MATTRESS GIANT CORPORATION; WHOLE FOODS MARKET IP, L.P. AND WHOLE FOODS MARKET SERVICES, INC.; CLARK EQUIPMENT COMPANY D/B/A BOBCAT COMPANY; GRACO, INC.; THE KROGER CO.; DILLON COMPANIES, INC. D/BA DILLON FOOD STORES D/BA DILLONS D/B/A BAKER'S SUPERMARKETS D/B/A CITY MARKET D/B/A KING SOOPERS D/B/A GERBES SUPER MARKETS; FOOD 4 LESS GM, INC.; FOOD 4 LESS HOLDINGS, INC.; FRED MEYER STORES, INC. D/B/A QUALITY FOOD CENTERS D/B/A QFC; KROGER LIMITED PARTNERSHIP I D/B/A JAYC FOOD STORES D/B/A PAY LESS SUPER MARKETS; KROGER LIMITED PARTNERSHIP II; KROGER TEXAS L.P.; PAY LESS SUPER MARKETS, INC.; RALPHS GROCERY COMPANY D/B/A RALPHS D/B/A FOOD 4 LESS D/B/A FOODS CO.; SMITH'S FOOD & DRUG CENTERS, INC. D/B/A SMITH'S FOOD & DRUG STORES D/B/A SMITH'S D/B/A FRY'S FOOD STORES; THE VALSPAR CORPORATION; BELK, INC.; CMRG APPAREL, LLC; BUTH-NA-BODHAIGE, INC.; CATALOGUE VENTURES, INC.; BROWN SHOE COMPANY, INC.; BURLINGTON COAT FACTORY WAREHOUSE CORP.; THE WILLIAM CARTER COMPANY; CHICO'S FAS, INC.; CITI TRENDS, INC.; COLLECTIVE BRANDS, INC.; GUITAR CENTER, INC.; RITZ INTERACTIVE LLC; DOTS, LLC; THE FINISH LINE, INC.; ROYAL PURPLE, LLC.; SOLUTIA, INC.**

*/s/ Jason W. Cook*
Robert L. Lee
Bob.lee@alston.com
Kamran Jivani
Kamran.jivani@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Adam D. Swain
Adam.swain@alston.com
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Jason W. Cook
Jason.cook@alston.com
Derek S. Neilson
Derek.neilson@alston.com
Alston & Bird LLP
2828 Harwood St., Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

**COUNSEL FOR DEFENDANTS
KOHL'S ILLINOIS INC., KOHL'S
DEPARTMENT STORES INC., KOHL
CORPORATION, COACH INC., STAPLES
INC., PAPA JOHNS INTERNATIONAL, INC.,
PAPA JOHNS USA INC., BRINKER
INTERNATIONAL,  INC. D/B/A ROMANO'S
MACARONI GRILL D/B/A MAGGIANO'S
LITTLE ITALY,  THE HERTZ CORP. D/B/A
HERTZ CORP. D/B/A HERTZ CAR RENTAL,
FIFTH THIRD BANCORP D/B/A FIFTH
THIRD BANK, OFFICEMAX INC.,
STEELCASE INC., SUNTRUST BANKS INC.
D/B/A SUNTRUST BANK, SUNTRUST
INVESTMENT SERVICES INC., HOME**

**DEPOT USA, INC. D/B/A THE HOME DEPOT, WALGREENS, SONIC CORPORATION, WENDY'S/ARBY'S GROUP, INC., WENDY'S INTERNATIONAL INC., WENDY'S/ARBY'S RESTAURANTS, LLC,;OLDEMARK LLC; ANN, INC.; BOSE CORP.; 24 HOUR FITNESS USA, INC.; VITAMIN SHOPPE INDUSTRIES, INC.; GREAT CLIPS INC. AND JOS. A. BANK CLOTHIERS INC.**

*/s/ Brian C. McCormack*

Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Andrew C. Moreton
Texas Bar No. 24074755
andrew.moreton@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

**COUNSEL FOR DEFENDANTS
NEW ALBERTSON'S, INC.; AROMATIQUE,
INC.; AS AMERICA, INC.; BOB EVANS
FARMS, INC.; BOB EVANS RESTAURANTS
OF MICHIGAN, LLC; CEC
ENTERTAINMENT, INC.; CEC
ENTERTAINMENT CONCEPTS, L.P.;;
ESPRIT US RETAIL LIMITED; HEELING
SPORTS, LTD.; HUGO BOSS FASHIONS,
INC.; LITTLE CAESAR ENTERPRISES, INC.;
PIGGLY WIGGLY, LLC; and QUEST
DIAGNOSTICS INCORPORATED**

*/s/ Robert M. Fuhrer*

George M. Sirilla (admitted pro hac vice)
Jack S. Barufka (admitted pro hac vice)
Robert M. Fuhrer (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd., 14th Floor
McLean, VA 22102
703.770.7900 – Telephone
703.770.7901 – Facsimile

**ATTORNEYS FOR DEFENDANTS**
**BASS PRO, INC., BPS DIRECT, L.L.C., AND BASS**
**PRO OUTDOORS ONLINE, L.L.C.**

*/s/ Deron R. Dacus*

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX   75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

Matthew A. Williams
KY Bar No. 90727
WYATT, TARRANT & COMBS, LLP
PNC Plaza, Suite 2800
500 West Jefferson Street
Louisville, Kentucky  40202-2898
Phone:  (502) 562-7378
Facsimile:  (502) 589-0309
mwilliams@wyattfirm.com

***Counsel for Cracker Barrel Old Country Store, Inc.***

*/s/ Michael C. Smith*

Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Robert J. Lenihan, II (*pro hac vice*)
Brent G. Seitz (*pro hac vice*)
Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
(248) 641-1600
rjlenihan@hdp.com
bseitz@hdp.com

**ATTORNEYS FOR LA-Z-BOY INCORPORATED**

*/s/ Gregory F. Ahrens*

Gregory F. Ahrens
Ohio State Bar No. 0038627
(Admitted in the ED TX)
gahrens@whepatent.com
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, OH  45202
Tel:  (513) 241-2324
Fax:  (513) 241-6234

**ATTORNEY FOR DEFENDANT
NATIONAL INTERLOCK SYSTEMS, INC.; DSW, INC.**

_/s/ Michael J. Harris_
Christopher J. Renk (Lead Attorney)
IL Bar No. 6199012
crenk@bannerwitcoff.com
Thomas K. Pratt
IL Bar No. 6209761
tpratt@bannerwitcoff.com
Michael J. Harris
IL Bar No. 6280168
mharris@bannerwitcoff.com
Banner & Witcoff, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

**ATTORNEYS FOR DEFENDANT NIKE, INC.**

_/s/ Brian W. LaCorte_
Brian W. LaCorte (AZ Bar No. 012237)
Jonathon A. Talcott (MN Bar No. 0391457)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004
Telephone: (602) 798-5400
Fax: (602) 798-5595
lacorteb@ballardspahr.com
talcottj@ballardspahr.com

William Cornelius (TX Bar No. 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANTS
THE REINALT-THOMAS CORPORATION;
AMERCO; EMOVE, INC.; U-HAUL
INTERNATIONAL, INC.; U-HAUL LEASING
& SALES CO.; AND WEB TEAM
ASSOCIATES, INC.**

*/s/ Jeremy S. Snodgrass*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Of counsel:
Ralph J. Gabric
Tadashi Horie
Rickard K. DeMille
Jeremy S. Snodgrass
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200 (telephone)
(312) 321-4299 (facsimile)

**ATTORNEYS FOR DEFENDANTS SEIKO CORPORATION OF AMERICA, SEIKO INSTRUMENTS INC., AND SEIKO WATCH CORP.**

*/s/ R. Kyle Hawes*

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN, P.C.
R. Kyle Hawes
kyle.hawes@chamberlainlaw.com
SBN: 00796725
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: 713-658-1818
Facsimile: 713-658-2553

GREENSFELDER, HEMKER & GALE, P.C.
Mary Ann L. Wymore
mlw@greensfelder.com
(Pro Hac Vice)
J. Andrew Walkup
aw@greensfelder.com
(Pro Hac Vice)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-345-5499

**ATTORNEYS FOR DEFENDANT
JIM'S FORMAL WEAR CO.**

*/s/ Elizabeth L. DeRieux*
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
903) 236-9800 Telephone
 (903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Michael N Zachary
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Ave
Ste 2800
Seattle, WA 98101
206-682-8100
Fax: 206-224-0779
Email: michael.zachary@cojk.com

**Counsel for Defendant**
**Pacific Bioscience Laboratories, Inc.**

*/s/ Fran Aden*
Fran Aden
S.D. Texas No. 611072
State Bar No. 24050202
HUNTON & WILLIAMS LLP
700 Louisiana, Suite 4200
Houston, Texas 77002
(713) 229-5700  (Telephone)
(713) 229-5750  (Facsimile)
faden@hunton.com

**ATTORNEY FOR DEFENDANT**
**THE SCOTTS COMPANY LLC**

*/s/ Lindsay L. Hargrove*
Lindsey L. Hargrove
State Bar No. 24065373
MCGUIREWOODS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX  77002-2906
Telephone: (713) 571-9191
Fax: (713) 571-9652
Email: lhargrove@mcguirewoods.com

David E. Finkelson (admitted *pro hac vice*)
Derek H. Swanson (admitted *pro hac vice*)
Virginia Bar No. 73463
Lead Counsel
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
Email: dfinkelson@mcguirewoods.com
Email: dswanson@mcguirewoods.com

**COUNSEL FOR DEFENDANTS
REMINGTON ARMS COMPANY, INC. AND
STIHL INCORPORATED**

/s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101 Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Joseph V. Saphia
W. Edward Bailey
Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, NY 10017
Tel: (212) 490-1700
Fax: (212) 490-0536
Email: jsaphia@wiggin.com
Email: ebailey@wiggin.com

**Attorneys for Defendants**
**AutoNation, Inc. and American Eagle Outfitters**
**Inc.**

*/s/ Scott Partridge*

Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Durham
Texas Bar No. 24045815
Email: liz.durham@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT HEB GROCERY COMPANY, LP**


*/s/ Laura A. Wytsma*

Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL  60610-4746
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, California  90067
Telephone:  (310) 282-2000
lwytsma@loeb.com

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone:  (903) 534-1100
EFindlay@FindlayCraft.com

**Attorneys for Defendant Ingersoll-Rand Company**

*/s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone: 903.531.3535
Facsimile: 903.533.9687
Email: charley@pbatyler.com

*Of Counsel:*
Michael A. Cohen (Admitted Pro Hac Vice)
Schwabe Williamson & Wyatt PC
1211 S.W. Fifth Avenue, Suite 1600
Portland, Oregon  97204
Telephone: 503.796.2488
Facsimile: 503.796-2900
Email: mcohen@schwabe.com

**Attorneys for Defendants**
**Columbia Sportswear Company, Columbia**
**Sportswear North America, Inc., and  Columbia**
**Sportswear USA Corp.**

*/s/ Kirby B. Drake*
Darin M. Klemchuk
State Bar No. 24002418
Casey L. Griffith
State Bar No. 24036687
Kirby B. Drake
State Bar No. 24036502
KLEMCHUK KUBASTA LLP
8150 N. Central Expy., 10th Floor
T: 214.367.6000
F: 214.367.6001
darin.klemchuk@kk-llp.com
casey.griffith@kk-llp.com
kirby.drake@kk-llp.com

**ATTORNEYS FOR DEFENDANT ACADEMY, LTD.**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

John G. Bisbikis
Illinois Bar No. 6209732
E-mail: jbisbikis@mwe.com
Avani C. Macaluso
Illinois Bar No. 6280832
E-mail: amacaluso@mwe.com
MCDERMOTT WILL & EMERY, LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Fax:  (312) 984-7700

**COUNSEL FOR DEFENDANT**
**CRAFTMASTER MANUFACTURING, INC.**


*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

**COUNSEL FOR DEFENDANT,**
**CALIFORNIA PIZZA KITCHEN, INC.**

*/s/ Keith A. Robb*

DOUGLAS D. FLETCHER
Attorney in Charge
Texas State Bar No. 07139500
email:  doug.fletcher@fletcherfarley.com
KEITH A. ROBB
Texas State Bar No. 24004889
email:  keith.robb@fletcherfarley.com
FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
8750 N. Central Expressway
Dallas, Texas  75231, 16th Floor
214-987-9600
214-987-9866 (Facsimile)

**ATTORNEYS FOR DEFENDANT
TASER INTERNATIONAL, INC.**

*/s/ Michael J. Zinna*

Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687


OF COUNSEL:

John F. Ward
Email: jward@wardzinna.com
Michael J. Zinna
Email: mzinna@wardzinna.com
David G. Lindenbaum
Email: dlindenbaum@wardzinna.com
Patrick R. Colsher
Email: pcolsher@wardzinna.com
**WARD & ZINNA, LLC**
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866

**Attorneys for Defendant
Godiva Chocolatier, Inc.**

*/s/ Terence P. Ross*

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Terence P. Ross (pro hac vice)
tross@crowell.com
Jeffrey D. Ahdoot (pro hac vice)
jahdoot@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone:  (202) 624-2500
Facsimile: (202) 628-5116

**Attorneys for Defendants Enterprise Holdings, Inc. and Vanguard Car Rental USA, LLC**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS APPLEBEE'S
INTERNATIONAL, INC. AND APPLEBEE'S IP, LLC**

*/s/ Anthony F. Lo Cicero*
Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS IHOP IP, LLC
AND DINEEQUITY, INC.**

/s/ *R. David Donoghue*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

R. David Donoghue (Pro hac vice)
Steven E. Jedlinski (Pro hac vice)
Daniel L. Farris (Pro hac vice)
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com

**Attorneys for Defendant Herman Miller, Inc.**

/s/ *Jeff Eichen*
Jeffrey L. Eichen
Delaware State Bar No. 5331
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
Tel.:   (302) 888-6304
Fax:    (302) 658-5614
jeichen@cblh.com

Marisa M. Schouten
State Bar No. 24039163
Martin Walker, P.C.
522 S. Broadway Ste 200
Tyler, Texas 75702
Tel.:   (903) 526-1600
Fax:    (903) 595-0796

**Attorney for Defendants Dress Barn, Inc. and
Maurices Incorporated**

/s/ *Benjamin Hershkowitz*
Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com

**Attorney for Defendant/Counterclaimant
Footlocker.com, Inc.**

/s/ *Michael A. Oakes*
Edward F. Fernandes
Hunton & Williams LLP
111 Congress Avenue, Suite 1800
Austin, TX  78701
Telephone: (512) 542-5000
Facsimile:  (512) 542-5049
E-mail:  efernandes@hunton.com

Michael A. Oakes
Hunton & Williams LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile:  (202) 778-7459
E-mail:  moakes@hunton.com

**ATTORNEYS FOR LOWE'S HOME CENTERS, INC**

/s/ *Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

William E. Devitt
Tiffany P. Cunningham (admitted pro hac vice)
Ian J. Block (admitted pro hac vice)
Kirkland & Ellis - Chicago
300 N. LaSalle Street
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200
Email: wdevitt@kirkland.com
         tiffany.cunningham@kirkland.com
         ian.block@kirkland.com

**COUNSEL FOR DEFENDANTS
ADVANCE AUTO PARTS, INC, ADVANCE
STORES COMPANY, INC., E-ADVANCE
LLC, AND HANESBRANDS, INC.**

/s/ *Stayton L. Worthington*
Don V. Kelly, (Pro Hac Vice)
Eugene P. Schmittgens Jr., (Pro Hac Vice)
Benjamin M. Fletcher (Pro Hac Vice)
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: 314-552-4066
Facsimile: 314-884-4466
dkelly@evans-dixon.com
gschmittgens@evans-dixon.com
bfletcher@evans-dixon.com

Coghlan Crowson, LLP
Stayton L. Worthington
State Bar No. 22010200
1127 Judson Road, Suite 211
P.O.Box 2665
Longview, Texas 75606

**ATTORNEYS FOR DEFENDANT**
**THE SWAN CORPORATION**

/s/ *Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS
THE WESTERN UNION COMPANY;
WESTERN UNION HOLDINGS, INC.; and
PIZZA INN, INC.**

*/s/ Michael C. Smith*
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Alan M. Fisch
District of Columbia Bar No. 453068
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth St., NW
Washington, DC 20005-2327
(202) 682-3500 telephone
(202) 682 3580 fax
Email: alan.fisch@kayescholer.com

**Attorney for TA Operating LLC**

*/s/ Roy W. Hardin*
Roy W. Hardin
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Phone: (214) 740-8000
Fax:     (214) 740-8800
*rhardin@lockelord.com*

Steven F. Meyer
David H. T. Kane
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax:     (212) 303-2754
*smeyer@lockelord.com*
*dkane@lockelord.com*

Brian W. Brokate
Jeffrey E. Dupler
GIBNEY, ANTHONY, & FLAHERTY LLP
665 Fifth Avenue
New York, NY 10022
Phone: (212) 688-5151
Fax:     (212) 688-8315
*bwbrokate@gibney.com*
*jdupler@gibney.com*

**ATTORNEYS FOR DEFENDANT
ROLEX WATCH USA, INC.**

*/s/ Stewart Mesher*

Stewart Mesher
Attorney-in-Charge
CONLEY ROSE, P.C.
2508 Ashley Worth Blvd., Suite 200
Austin, TX 78738
Phone:  (512) 610-3410
Fax:  (512) 610-3456
Email:  smesher@conleyrose.com

**ATTORNEY FOR DEFENDANT
MR. GATTI'S, L.P.**

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
Shannon M. Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas  75701
Tel: 903.705.1117
Fax: 903.705.1117
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Michael A. Swartzendruber
State Bar No. 19557702
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
mswartzendruber@fulbright.com

Michael C. Barrett
State Bar No. 24006803
Mark T. Garrett
State Bar No. 24007225
Sarah R. Holland
State Bar No. 24055679
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com
sholland@fulbright.com

***Counsel for Counsel for Cinemark Holdings, Inc.; Cinemark USA, Inc.; Christus Health a/k/a Christus Health Non-Profit Corp.; Christus Health Foundation; Dollar General Corp.; National Vision, Inc.; Office Depot, Inc.; Regis Corporation; and Spencer Gifts LLC.***

*/s/ Thomas W. Cunningham*
FRANK A. ANGILERI
fangileri@brookskushman.com
THOMAS W. CUNNINGHAM
tcunningham@brookskushman.com
JOHN LEROY
jleroy@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

**COUNSEL FOR DEFENDANTS
DOMINO'S PIZZA, INC. and
TEREX CORPORATION**

*/s/ Margaret Elizabeth Day*
Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
Email: eday@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618.4360
Facsimile: (650) 618.4368

**Attorneys for Defendant**
**MONSTER CABLE PRODUCTS, INC.**

*/s/ Debby E. Gunter*
Debby E. Gunter
debby@yw-lawfirm.com
Herbert A. Yarbrough, III
trey@yw-lawfirm.com
YARBROUGH ♦ WILCOX
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  903-595-3111
Fax:  903-595-0191

**COUNSEL FOR DEFENDANT**
**ROSS STORES, INC.**

*/s/ Allen F. Gardner*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Brian E. Turung
FAY SHARPE
1228 Euclid Avenue, Suite 500
Cleveland, Ohio  44115
Tel: (216) 363-9000
Fax: (216) 363-9001

**COUNSEL FOR DEFENDANT
APPLIED INDUSTRIAL TECHNOLOGIES,
INC.**

*/s/ Scott Stevens*
Scott Stevens
State Bar No. 00792024
STEVENS LOVE
P.O. Box 3427
Longview, Texas 75606
Telephone: 903-753-6760
Facsimile: 903-753-6761
scott@stevenslove.com

Daniel J. Schwartz
SEYFARTH SHAW LLP
131 S. Dearborn Street - Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
dschwartz@seyfarth.com

**ATTORNEYS FOR WHERE2GETIT, INC.; VF OUTDOOR, INC. D/B/A THE NORTH FACE; CHICK-FIL-A, INC.; MONSTER CABLE PRODUCTS, INC.; PATAGONIA, INC.; TCF CO. LLC, THE CHEESECAKE FACTORY INC.; VIEWSONIC CORP.; AND THE TIMBERLAND CO. D/B/A TIMBERLAND CO.**

*/s/ Timothy S. Durst*
Timothy S. Durst
Lead Attorney
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Chad C. Walters
Texas Bar No. 24034730
chad.walters@bakerbotts.com
Susan Cannon Kennedy
Texas Bar No. 24051663
susan.kennedy@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas  75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

Christopher W. Kennerly
Texas Bar No. 00795077
chris.kennerly@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, California 94304
Telephone: 650-739-7502
Facsimile: 650-739-7601

Benjamin R. Johnson
Texas Bar No. 24065495
ben.johnson@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX   78701-4078
Telephone: 512-322-2500
Facsimile: 512-322-2501

**ATTORNEYS FOR DEFENDANTS
YELLOWPAGES.COM LLC, AT&T
MOBILITY LLC AND AT&T SERVICES, INC.**

*/s/ Matthew A. Braunel*

Dean L. Franklin
dfranklin@thompsoncoburn.com
Matthew A. Braunel
mbraunel@thompsoncoburn.com
Anthony F. Blum
ablum@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
314-552-6000
FAX 314-552-7000

**Attorney for Defendant
GANDER MOUNTAIN COMPANY**


*/s/ Michael E. Schonberg*

Bruce S. Sostek
State Bar No. 18855700
Bruce.Sostek@tklaw.com
Michael E. Schonberg
State Bar No. 00784927
Mike.Schonberg@tklaw.com
Vishal Patel
State Bar No. 24065885
Vishal.Patel@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Attorneys for Defendants
VF Corporation;
VF Jeanswear, L.P.**

*/s/ Dru Montgomery*
J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

OF COUNSEL:

Guy A. Reiss (pro hac vice)
Henry J. Cittone (pro hac vice)
REISS+PREUSS LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
(646) 731-2770

**ATTORNEYS FOR DEFENDANT
MIELE INCORPORATED**

*/s/ Charles L. Stinneford*
Charles L. Stinneford
State Bar No. 00785057
cstinneford@gordonarata.com
David V. Bryce
State Bar No. 24052876
dbryce@gordonarata.com
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Phone: (713) 333-5500
Fax: (713) 333-5501

**Attorneys for Payless Car Rental System, Inc. and Avalon Global Group, Inc.**

*/s/ M. Dru Montgomery*

David M. Stein
Texas State Bar No. 00797494
AKIN GUMP STRAUS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071
Work:  213.254.1200
Fax:    213.254.1201
dstein@akingump.com

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

***Counsel for Defendants***
***Conn's Appliances, Inc., Conn's Inc., and Deli***
***Management, Inc. d/b/a Jason's Deli***

/s/ Elizabeth L. DeRieux

Elizabeth L. DeRieux
ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas  75647
(903) 236-9800
(903) 236-8787

H. Jonathan Redway, Lead Attorney
jredway@dickinsonwright.com
DICKINSON WRIGHT PLLC
1875 I Street, NW, Suite 1200
Washington, DC 20006
Phone: (202) 457-0160
Fax:     (202) 659-1559

**Attorneys for Defendant Carhartt Inc.**


/s/ James C. Tidwell

Andre R. Barry – NE Bar #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
(402) 474-5393 fax
abarry@clinewilliams.com

James C. Tidwell – TX Bar #20020100
WOLFE, TIDWELL & McCOY, LLP
320 N. Travis, Suite 205
Sherman, TX 75090
(903) 868-1933
(903) 892-2397 fax
jct@wtmlaw.net

**Attorneys for Defendant
Godfather's Pizza, Inc.**

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

Michael R. Annis
mike.annis@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite, 600
Telephone:  (314) 480-1500
Fax:  (314) 480-1505

**Attorneys for Defendant
Bakers Footwear Group, Inc.**

*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Anthony Shaw
shaw.anthony@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone: 202.857.6227
Fax: 202.857.6395
**Attorneys for Defendant
Diesel U.S.A. Inc.**

*/s/ Paul B. Kerlin*

Joseph M. Schreiber
Texas Bar No. 24037449
Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas  77002
Tel: 713-588-7000
Fax: 713-588-7050
jmschreiber@vorys.com
pbkerlin@vorys.com

William H. Oldach III, pro hac vice
VORYS, SATER, SEYMOUR & PEASE LLP
1909 K Street, N.W., 9th Floor
Washington, DC  20006
Phone:  202-467-8800
Facsimile:  202-533-9024
E-mail:  wholdach@vorys.com

Robert T. Veon
Texas Bar No. 20546550
VEON LAW FIRM, PA
117 E. Broad St.
Texarkana, AR 71854
Phone: 870-774-7390
Facsimile: 870-773-3690
Email: robert.veon@veonfirm.com

**ATTORNEYS FOR DEFENDANT
ABERCROMBIE & FITCH CO.**

*/s/ William Cornelius*
William Cornelius
State Bar No. 04834700
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:     (903) 509-5000
Facsimile:     (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
PSP GROUP, LLC D/B/A PET SUPPLIES
PLUS**

*/s/ Gregory R. Lyons*
J. Thad Heartfield (TX Bar # 09346800)
M. Dru Montgomery (TX Bar # 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Gregory R. Lyons
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**ATTORNEYS FOR DEFENDANT
MERLE NORMAN COSMETICS**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com
        dru@jth-law.com

John P Higgins
Summa Additon & Ashe, PA
11610 N Community House Rd
Suite 200
Charlotte, NC 28277-2199
704/945-6704
Fax: 704/945-6735
Email: jhiggins@summalaw.com

**Attorneys for Defendant
Hallmark Cards Inc.**

*/s/ Philip J. Moy Jr.*

Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH  44115
Telephone:  216-363-9000
Facsimile:  216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant
Things Remembered, Inc.**


*/s/ Terrell R. Miller*

Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**ATTORNEYS FOR DEFENDANT
NEW ASHLEY STEWART, INC.**

*/s/ Charles Clark*
Charles Clark  (TX #04274000)
chc@charlesclarklaw.com
CLARK & PORTER
P.O. Box 98
604 West Woldert
Tyler, TX 75702
Telephone:     903/593-2514
Facsimile:     903/595-1294

David R. Barnard (Admitted pro hac vice)
dbarnard@lathropgage.com
David R. Frye  (Admitted pro hac vice)
dfrye@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Ste, 2400
Kansas City, MO 64108
Telephone:     913/292-2000
Facsimile:     913/292-2001

**ATTORNEYS FOR DEFENDANT
ALCO STORES, INC.**

*/s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101  Tyler, Texas  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

Of Counsel:
Brian G. Bodine (Pro Hac Vice)
Tiffany Scott (Pro Hac Vice)
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101-2338
Telephone:  (206) 223-7000
Facsimile:  (206) 223-7107
E-mail:  bodineb@lanepowell.com
scottt@lanepowell.com

**ATTORNEYS FOR INTELIUS INC.**

By: /s/

*/s/ Hector J. Ribera*

Hector J. Ribera
CA Bar No. 221511 (Admitted E.D. Tex.)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**Attorneys for Defendant
ZOOSK, INC.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Nathan D. Meyer
CA Bar No. 239850
Marc A. Fenster
CA Bar No. 181067
Larry C. Russ
CA Bar No. 082760
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
Fax: (310) 826-6991
nmeyer@raklaw.com
mfenster@raklaw.com
lruss@raklaw.com

**ATTORNEYS FOR DEFENDANT
FOREVER 21 RETAIL, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Burton S. Ehrlich
John Luther
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604
(312) 427-1300
Fax: (312) 427-6668

**ATTORNEYS FOR DEFENDANT, HICKORY FARMS, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ◆ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANT
DINEEQUITY, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

**ATTORNEYS FOR DEFENDANT
MACY'S RETAIL HOLDINGS, INC.**

*/s/ J. Matt Rowan*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Joseph J. Richetti
joseph.richetti@bryancave.com
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Thomas Jameson Adair
thomas.adair@bryancave.com
BRYAN CAVE LLP
2200 Ross Ave., Ste 3300
Dallas, TX 75201
214-721-8000
214-220-6733 (fax)

**Counsel for dELiA*s, Inc.**

*/s/ J. Matt Rowan*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Robert G. Lancaster
rglancaster@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Tele: (310) 576-2239
Facs: (310) 260-7139

Wilhemina Joni Tyler
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
211 N Broadway, Suite 3600
St Louis, MO 63102-3600
314-259-2345
314-552-8345 (fax)

**Counsel for American Apparel, Inc.**

*/s/ Thomas W. Cunningham*
Frank A. Angileri (MI Bar No. P45611)
Thomas W. Cunningham (MI Bar No. P57899)
John S. LeRoy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
fangileri@brookskushman.com
tcunningham@brookskushman.com
jleroy@brookskushman.com

**Attorneys for Defendants
Domino's Pizza, Inc. and Terex, Inc.**

*/s/ Joel T. Beres* _____

Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
Jack A. Wheat
Kentucky State Bar No. 75945
Jennifer L. Kovalcik
Kentucky State Bar No. 89391
Lindsay Yeakel Capps
Kentucky State Bar No. 92726
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
jwheat@stites.com
jkovalcik@stites.com
lcapps@stites.com

**Attorneys for Defendant
Eyemart Express, Ltd.**

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
(State Bar No. 00784720)
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509–5000

Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

**Attorneys for J. Crew Group, Inc.**


*/s/ Elizabeth Flannery*
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Flannery
Texas Bar No. 24045815
Email:  liz.flannery@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**

*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
Baker, Donelson, Bearman, Caldwell & Berkowitz
1301 McKinney
Suite 3700
Houston, Texas 77010
(713) 286-7193 - Direct
(713) 650-9701 - Fax
bchambers@bakerdonelson.com

Bradley E. Trammell (Of Counsel)
Tennessee State Bar No. 013980
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 577-2121
Facsimile:  (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant**
**Fred's, Inc.**

*/s/ Darren W. Saunders*
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:  (214) 953-6000
Facsimile:  (214) 661-6645

Darren W. Saunders (admitted pro hac vice)
dsaunders@manatt.com
Alpa V. Patel (admitted pro hac vice)
avpatel@manatt.com
MANATT PHELPS & PHILLIPS LLP
Seven Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

**ATTORNEYS FOR DEFENDANT
H&M HENNES & MAURITZ, L.P.**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
GREAT CLIPS, INC.**


*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
M.A.C. COSMETICS, INC.**

*/s/ David Bassett*
David Bassett
WilmerHale
399 Park Avenue
NY, NY  10022
212.230.8858 (Telephone)
212.230.8888 (Facsimile)
David.Bassett@wilmerhale.com

John M. Jackson
Nicole Ruble Metcalf
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3797
Telephone:  (214) 953-6000
jjackson@jw.com
nmetcalf@jw.com

**Attorneys for Defendant**
**The Yankee Candle Company, Inc.**


*/s/ Scott S. Brown*
Scott S. Brown
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
 Birmingham, AL 35203-2618
 Tel: (205) 254-1232
Fax: (205)254-1999
scottbrown@maynardcooper.com

**Attorney for Defendant**
**Factory Connection LLC**

_/s/ Allen F. Gardner_
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
JIMMY JAZZ E-COMMERCE, LLC**

/s/ Thomas L. Duston
Thomas L. Duston
State Bar. No.:  6196612
 tduston@marshallip.com
Cullen N. Pendleton, Ph.D.
State Bar. No.:  6283725
 cpendleton@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T: 312.474.6300

**Attorneys for Defendant
Classified Ventures, LLC**

/s/ Theodore Stevenson III
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
sgreskowiak@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

**COUNSEL FOR BURLEIGH POINT, LTD.**

*/s/ J. Daniel Harkins*
J. Daniel Harkins
State Bar No. 09008990
dharkins@coxsmith.com
Marissa Dawn Helm
State Bar No. 24046273
mhelm@coxsmith.com

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500
(210) 226-8395 (Fax)

**Attorneys for Visionworks of America, Inc.**


*/s/ Andrew C. Warnecke*
Andrew C. Warnecke (admitted pro hac vice)
Joshua J. Heidelman (admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Fax: (312) 602-5050
andrew.warnecke@bryancave.com
joshua.heidelman@bryancave.com

Thomas J. Adair
Texas Bar No. 24047753
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**ATTORNEYS FOR DEFENDANT
BIOSCRIP, INC**

*/s/ Andy H. Chan*
Thomas F. Fitzpatrick
CA State Bar No. 193565
tfitzpatrick@goodwinprocter.com
Andy H. Chan
CA State Bar No. 242660
achan@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100 (Telephone)
(650) 853-1038 (Facsimile)

Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
charley@pbatyler.com
100 E. Ferguson, Suite 1114
Tyler, TX  75702
(903) 531-3535 telephone
(903) 533-9687 fax
charley@pbatyler.com

**Attorneys for Defendant
Draper's & Damon's, LLC**

*/s/ James E. Hudson III*
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.752.8652
713.425.7952 Fax
jhudson@craincaton.com

**ATTORNEY FOR DEFENDANT
CURVES INTERNATIONAL, INC.**

*/s/ Gregory L. Lippetz*
Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

**Attorneys for Defendant
Toni&Guy USA, LLC**


*/s/ Devan V. Padmanabhan*
Devan V. Padmanabhan (admitted pro hac vice)
dpadmanabhan@winthrop.com
Justin H. Jenkins (#24051866)
jjenkins@winthrop.com
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 604-6411
Facsimile:  (612) 604-6891
Indianapolis, IN 46204

**Attorneys for Defendants
bestbuy.com, Life Time Fitness, Inc., and Jos. A.
Bank Clothiers**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANTS
AGCO CORP., LABORATORY
CORPORATION OF AMERICA HOLDINGS,
LABORATORY CORPORATION OF
AMERICA, VICTORINOX SWISS ARMY,
INC.,GENESCO INC., AND SUNBELT
RENTALS, INC.**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Geoffrey Gavin
ggavin@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone:  404.815.6500
Facsimile:  404.815.6555

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT
THE ROCKPORT COMPANY, LLC**

*/s/ Ted Baroody*
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
Theodore G. Baroody
Texas State Bar No. 01797550
ted.baroody@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT, COLDWATER CREEK INC. AND ZALE DELAWARE, INC.**

*/s/ Ted Baroody*
Thomas J. Williams (Lead Attorney)
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
Tel:  (817) 347-6600
Fax: (817) 347-6650
Theodore G. Baroody
Texas State Bar No. 01797550
ted.baroody@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT, PROGRESSIVE CONCEPTS INC.**

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Jonathan N. Zerger
jzerger@shb.com
Beth A. Larigan
blarigan@shb.com
Admitted pro hac vice
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

**ATTORNEYS FOR DEFENDANT
CIRCLE K STORES, INC.**

*/s/ David J. Healey*

David J. Healey
(healey@fr.com)
Texas Bar No. 0932790
Claire M. Devine
(devine@fr.com)
Texas Bar No. 24080858
FISH & RICHARDSON P.C.
1221 McKinney, Suite 2800
Houston, Texas 77010
Phone: 713-654-4300
Fax: 713-652-0109

Clayton E. Dark, Jr.
Law Office of Clayton E. Dark, Jr.
P.O. Box 2207
Lufkin, TX 75902-1733
Phone: 936-637-1733
Fax: 936-637-2897
Email: cekrad@yahoo.com

**ATTORNEYS FOR BROOKSHIRE BROTHERS, LTD.**

*/s/ B. Lance Vincent*
B. Lance Vincent
Texas Bar No. 20585580
Ritcheson, Lauffer & Vincent PC
2 American Center
821 ESE Loop 323, Suite 530
Tyler, Texas  75701
Tel:  (903) 535-2900
Fax: (903) 533-8646
lancev@rllawfirm.net

Mark P. Wine (admitted pro hac vice)
Calif. State Bar No. 189897
Thomas J. Gray (admitted pro hac vice)
Calif. State Bar No. 191411
Benjamin S. Lin (admitted pro hac vice)
Calif. State Bar No. 232735
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel:  (949) 567-6700
Fax:  (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANTS ACE HARDWARE CORPORATION, AEROPOSTALE, INC., CHARLOTTE RUSSE, INC., CHRISTOPHER & BANKS CORP. D/B/A/ CHRISTOPHER & BANKS D/B/A CJ BANKS, COST PLUS, INC. D/B/A COST PLUS WORLD MARKET, DICK'S SPORTING GOODS, INC., BABIESRUS.COM, LLC, TOYSRUS.COM, LLC, GEOFFREY, LLC, TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC., GENERAL NUTRITION CENTERS, INC., GENERAL NUTRITION CORPORATION, GSI COMMERCE, INC., HAGGAR CLOTHING CO., HAGGAR DIRECT, INC., LEVI STRAUSS & COMPANY, MEE ACCESSORIES LLC (F/K/A MARC ECKO ENTERPRISES ACCESSORIES, LLC), MEE DIRECT LLC (F/K/A ECKO DIRECT, LLC) (D/B/A MARC ECKO ENTERPRISES), MEE APPAREL LLC (F/K/A ECKO**

**COMPLEX LLC), YAKIRA, LLC, MAURICES INC., NAUTICA RETAIL USA, INC., PETSMART INC., PETSMART STORE SUPPORT GROUP, INC., QUIKSILVER D/B/A ROXY, SPANX, INC., THE SPORTS AUTHORITY, INC., GROUPE DYNAMITE, INC., VERA WANG BRIDAL HOUSE LTD, AND VEW LTD.**

*/s/ Brian Erickson*
BRIAN K. ERICKSON
Texas Bar No. 24012594
Brian.Erickson@dlapiper.com
HENNING SCHMIDT
Texas Bar No. 24060569
Henning.Schmidt@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 8701
Phone: (512) 457-7000
Fax: (512) 457-7001

**ATTORNEYS FOR DEFENDANTS CINNABON, INC., SCHLOTZSKY'S FRANCHISE, LLC, BURT'S BEES, INC., DESTINATION MATERNITY CORPORATION, CACHE INC., AND CLAIRE'S STORES INC.**

*/s/ H. Arnold Shokouhi*
Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mccathernlaw.com
H. Arnold Shokouhi
State Bar No. 24056315
arnolds@mccathernlaw.com
McCathern Mooty  Grinke, LLP
Regency Plaza
3710 Rawlins, Ste. 1600
Dallas, Texas 75219
214-741-2662 - Telephone
214-741-4717 - Facsimile

Of counsel:
William H. Mandir
Kelly G. Hyndman
Leigh Ann Lindquist
SUGHRUE MION, PLLC
2100 Pennsylvania Ave NW
Suite 800
Washington, DC 20037
Telephone: (202) 293-7060
Fax: (202) 293-7860

**Attorneys for Defendant
KAMPGROUNDS OF AMERICA, INC.**


*/s/ Steven M. Hanle*
Steven M. Hanle
shanle@sheppardmullin.com
Mark L. Blake
mblake@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626
Telephone:  (714) 513-5100
Facsimile:  (714) 513-5130

**Attorneys for Defendant
HOT TOPIC, INC.**

*/s/ David K. Anderson*

David K. Anderson
SBT No. 01174100
SDT No. 7405
ANDERSON & CUNNINGHAM, P.C.
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

OF COUNSEL:

Julie B. Cunningham
SBT No. 05240700
SDT No. 15051
ANDERSON & CUNNINGHAM, P.C.
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

Steven A. Haber
Matthew A. Green
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103-1895
Telephone: 215-665-3000
Fax: 215-665-3165

**Attorneys for Defendant
iCIMS, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
William Charles Ferrell, Jr.
Kentucky State Bar No. 90934
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
wferrell@stites.com

**ATTORNEYS FOR DEFENDANT
HELLO METRO INCORPORATED**

*/s/ Sherry H. Flax*

Sherry H. Flax, pro hac vice (Md. admitted)
sflax@saul.com
Sarah F. Lacey, pro hac vice (Md. admitted)
slacey@saul.com
**SAUL EWING LLP**
Lockwood Place
500 East Pratt St., 9th Floor
Baltimore, MD 21202
Tel: (410) 332-8784
Fax: (410) 332-8785

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
U.S. VISION, INC.**

*/s/ Robert R. Baron Jr.*

Robert R. Baron, Jr.  (admitted pro-hac vice)
baron@ballardspahr.com
Charley F. Brown (admitted pro-hac vice)
browncf@ballardspahr.com
Andrew M. Stern (admitted pro-hac vice)
sternam@ballardspahr.com
BALLARD SPAHR, LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8335
Fax: (215) 864-8999

**Attorneys for Defendants
24 Hour Fitness Worldwide Inc., Bose Corp.,
Petco Animal Supplies, Inc., Quiksilver D/B/A/
Roxy, and Ace Hardware Corporation,**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 19, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael A. Bittner*
Michael A. Bittner

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement of Local Rule CV-7(h) and that the motion is opposed. Counsel for Plaintiff and the Exemplar Defendants conferred via telephone on October 12 and 24, 2012. No agreement could be reached. Discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

In addition, only five of the over four hundred Defendants in these cases are raised here as Exemplar Defendants, the contentions served on the remaining Defendants are deficient for the same or similar reasons described herein. Over 334 Defendants joined in a letter pointing out specific deficiencies in GeoTag's Infringement Contentions. Counsel for GeoTag purported to refuse to acknowledge that a proper meet and confer occurred except as to those Defendants identified as exemplars in Defendants' letter outlining the various deficiencies in GeoTag's contentions—even though the deficiencies for each of the Defendants are generally the same— but Andrew Spangler, GeoTag's Local Counsel, agreed in the same call that GeoTag would update its infringement contentions with respect to all similarly-situated Defendants if GeoTag lost this issue. Based on Mr. Spangler's agreement, the remaining Defendants join this motion in their respective cases and request relief as to GeoTag's individual infringement contentions against them.

*/s/ Michael A. Bittner*
Michael A. Bittner