# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.**,<br>    Plaintiff,<br>v.<br>**AROMATIQUE, INC.**; *et al.*,<br>    Defendants. | 2:10-cv-00570 |
| **GEOTAG INC.**,<br>    Plaintiff,<br>v.<br>**GUCCI AMERICA, INC.**; *et al.*,<br>    Defendants, | 2:10-cv-00571 |
| **GEOTAG INC.**,<br>    Plaintiff,<br>v.<br>**STARBUCKS CORP.**; *et al.*,<br>    Defendants. | 2:10-cv-00572 |
| **GEOTAG INC.**,<br>    Plaintiff,<br>v.<br>**THE WESTERN UNION COMPANY**; e*t al.*,<br>    Defendants. | 2:10-cv-00574 |
| **GEOTAG INC.**,<br>    Plaintiff.<br>v.<br>**ROYAL PURPLE, INC.**; e*t al.*,<br>    Defendants. | 2:10-cv-00575 |
| **GEOTAG INC.**,<br>    Plaintiff,<br>v.<br>**WHERE 2 GET IT, INC.**; e*t al.*,<br>    Defendants. | 2:11-cv-00175 |
| **GEOTAG INC.**,<br>    Plaintiff,<br>v.<br>**COLDWATER CREEK INC.**,<br>    Defendant, | 2:12-cv-00451 |

| | |
|---|---|
| **GEOTAG INC.,**<br>     Plaintiff,<br>v.<br>**EDDIE BAUER LLC,**<br>     Defendant, | **2:12-cv-00461** |
| **GEOTAG INC.,**<br>     Plaintiff,<br>v.<br>**HALLMARK CARDS, INC.,**<br>     Defendant, | **2:12-cv-00521** |
| **GEOTAG INC.,**<br>     Plaintiff,<br>v.<br>**BALLY TOTAL FITNESS CORPORATION,**<br>     Defendant, | **2:12-cv-00531** |
| **GEOTAG INC.,**<br>     Plaintiff,<br>v.<br>**L.A. FITNESS INTERNATIONAL LLC,**<br>     Defendant, | **2:12-cv-00538** |
| **GEOTAG INC.,**<br>     Plaintiff,<br>v.<br>**SALLY BEAUTY SUPPLY LLC,**<br>     Defendant, | **2:12-cv-00544** |

**PLAINTIFF GEOTAG, INC.'S UNOPPOSED MOTION TO STAY THE CASE AGAINST MICROSOFT CORPORATION'S CUSTOMERS**

Plaintiff GeoTag, Inc. ("GeoTag") hereby moves this Court to stay the case against the below identified Microsoft Corporation customers until a decision has been reached in a co-pending case involving the same patent in suit in the District of Delaware:

| Case No. 10-cv-570 | BestBuy.com LLC |
|---|---|
| | Nordstrom Inc. |
| | Target Corp. |

| Case No. 10-cv-571 | Costco Wholesale Corp. |
| | Petco Animal Supplies Inc. |
| | Petco Animal Supplies Stores Inc. |
| | Zale Delaware Inc. |
| Case No. 10-cv-572 | Starbucks Corp. |
| Case No. 10-cv-574 | CVS Pharmacy Inc. |
| Case No. 10-cv-575 | Pizza Hut Inc. |
| | Taco Bell Corporation |
| | Rite Aid Corporation |
| | KFC Corporation |
| | LJS Restaurants, Inc. |
| Case No. 11-cv-175 | SpatialPoint LLC |
| | Wal-Mart Stores Inc. |
| Case No. 12-cv-451 | Coldwater Creek Inc. |
| Case No. 12-cv-461 | Eddie Bauer LLC |
| Case No. 12-cv-521 | Hallmark Cards Inc. |
| Case No. 12-cv-531 | Bally Total Fitness Corp. |
| Case No. 12-cv-538 | L.A. Fitness International LLC |
| Case No. 12-cv-544 | Sally Beauty Supply LLC |

**I.   Argument**

Microsoft and Google filed a declaratory judgment action against GeoTag in the District of Delaware asserting, among other things, that they do not infringe the '474 patent and the '474

patent is invalid. *Microsoft Corporation and Google Inc. v. GeoTag, Inc.*, Case No. 11-cv-175-RGA (D.Del.). The trial in Delaware is set for December 2013.

At a hearing on October 2, 2012, the court in Delaware requested that GeoTag, Microsoft, and Google attempt to reach an agreement as to a case management schedule in Delaware that would also include a proposal for the defendants in the Texas cases for case management. As a result of the negotiations, GeoTag and Microsoft reached, in relevant part, the following agreement:

- "GeoTag, subject to the Texas Court's approval, will agree to extend the Texas schedule 4 (four) months to allow: (A) the Delaware trial to proceed first and (B) narrow referee supervised discovery and associated supervised mediation of non-Microsoft customers.

- Again, subject to approval of the Texas Court, GeoTag will agree to stay the Texas actions solely against the identified Microsoft Corp. customers until a decision has been rendered by the jury in the Delaware trial in December 2013."

(Exh. A).

Pursuant to its agreement with Microsoft, GeoTag now moves to stay the case against the above identified defendants until a decision has been reached by the jury in December 2013 in *Microsoft Corporation and Google Inc. v. GeoTag, Inc.*, Case No. 11-cv-175-RGA (D.Del.).

## CONCLUSION

For the foregoing reasons, GeoTag respectfully requests that the Court stay the case against the above identified defendants until a decision has been rendered by the jury in the Delaware trial in December 2013 in *Microsoft Corporation and Google Inc. v. GeoTag, Inc.*, Case No. 11-cv-175-RGA (D.Del.). Accordingly, GeoTag requests that all claims by GeoTag against the above Defendants be stayed, and that all claims and counterclaims by the above Defendants against GeoTag be stayed.

Dated: January 2, 2013	Respectfully submitted,

By: */s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

Daniel Mount
Kevin Pasquinelli
Mount Spelman & Fingerman, PC
333 West San Carlos Street
Riverpark Tower, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
e-mail: dan@mount.com
          kpasquinelli@mount.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail: craig@tadlocklawfirm.com
e-mail: keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF
GEOTAG INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 2, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/David R. Bennett*
David R. Bennett

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement of Local Rule CV-7(h). The Parties conferred in good faith in an attempt to reach an agreement regarding the subject matter of this motion and the defendants at issue in this motion do not oppose this motion.

*/s/David R. Bennett*
David R. Bennett