# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,**<br>      Plaintiff,<br>v.<br>**AROMATIQUE, INC.;** *et al.*,<br>      Defendants. | **2:10-cv-00570** |
| **GEOTAG INC.,**<br>      Plaintiff,<br>v.<br>**GUCCI AMERICA, INC.;** *et al.*,<br>      Defendants, | **2:10-cv-00571** |
| **GEOTAG INC.,**<br>      Plaintiff,<br>v.<br>**STARBUCKS CORP.;** *et al.*,<br>      Defendants. | **2:10-cv-00572** |
| **GEOTAG INC.,**<br>      Plaintiff,<br>v.<br>**THE WESTERN UNION COMPANY;** e*t al.*,<br>      Defendants. | **2:10-cv-00574** |
| **GEOTAG INC.,**<br>      Plaintiff.<br>v.<br>**ROYAL PURPLE, INC.;** e*t al.*,<br>      Defendants. | **2:10-cv-00575** |
| **GEOTAG INC.,**<br>      Plaintiff,<br>v.<br>**WHERE 2 GET IT, INC.;** e*t al.*,<br>      Defendants. | **2:11-cv-00175** |
| **GEOTAG INC.,**<br>      Plaintiff,<br>v.<br>**COLDWATER CREEK INC.,**<br>      Defendant, | **2:12-cv-00451** |

| | |
|---|---|
| **GEOTAG INC.,**<br>    Plaintiff,<br>v.<br>**EDDIE BAUER LLC,**<br>    Defendant, | **2:12-cv-00461** |
| **GEOTAG INC.,**<br>    Plaintiff,<br>v.<br>**HALLMARK CARDS, INC.,**<br>    Defendant, | **2:12-cv-00521** |
| **GEOTAG INC.,**<br>    Plaintiff,<br>v.<br>**BALLY TOTAL FITNESS CORPORATION,**<br>    Defendant, | **2:12-cv-00531** |
| **GEOTAG INC.,**<br>    Plaintiff,<br>v.<br>**L.A. FITNESS INTERNATIONAL LLC,**<br>    Defendant, | **2:12-cv-00538** |
| **GEOTAG INC.,**<br>    Plaintiff,<br>v.<br>**SALLY BEAUTY SUPPLY LLC,**<br>    Defendant, | **2:12-cv-00544** |

### PLAINTIFF GEOTAG, INC.'S ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT

The following additional attachments to PLAINTIFF GEOTAG, INC.'S UNOPPOSED MOTION TO STAY THE CASE AGAINST MICROSOFT CORPORATION'S CUSTOMERS noted in this Notice of Electronic Filing are being submitted as follows:

1. Exhibit A to the original motion.

2. Corrected Certificate of Conference to the original motion.