## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC. | § | |
| | § | |
| v. | § | CASE NO. 2:10-CV-572 |
| | § | |
| STARBUCKS CORP., et al. | § | |

---

| | | |
|---|---|---|
| GEOTAG INC. | § | |
| | § | |
| v. | § | CASE NO. 2:10-CV-574 |
| | § | |
| THE WESTERN | § | |
| UNION COMPANY, et al. | § | |

## ORDER REFERRING CASE TO MAGISTRATE

Pursuant to 28 U.S.C. § 636, the Court hereby refers the above styled causes of action to the

Hon. Roy Payne for all pretrial proceedings.

**All deadlines and court settings are ABATED pending further order of the COURT.**

It is **SO ORDERED**.

**SIGNED this 15th day of January, 2013.**



MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE