# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>STARBUCKS CORP., et al.,<br><br>     Defendants. | Civil Action No. 2:10-CV-572<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW HENNING SCHMIDT AS COUNSEL OF RECORD

Defendants, Moe's Franchisor LLC and Cinnabon Inc., request permission to withdraw Henning Schmidt as their attorney of record.  Attorneys Brian Erickson, John Guaragna, Jesse Hindman, and Ryan Cobb of DLA Piper LLP (US) will remain counsel of record.

There is good cause for this Court to grant the motion to withdraw.  Henning Schmidt is no longer associated with DLA Piper LLP (US).

Counsel for Defendants conferred with Plaintiff's counsel regarding this motion and counsel is unopposed to this motion.

WHEREFORE, Defendants, Moe's Franchisor LLC and Cinnabon Inc., respectfully request that this Court enter an order permitting this withdrawal and that the clerk remove his name from the list of persons authorized to receive electronic notices in this matter.

                                        Respectfully submitted,

Dated:  April 9, 2013          By: */s/ Brian K. Erickson*
                                        John Guaragna
                                        Texas Bar No. 24043308
                                        john.guaragna@dlapiper.com
                                        Brian Erickson

EAST\55022373.1

        Texas Bar No. 24012594
        brian.erickson@dlapiper.com
        DLA Piper LLP (US)
        401 Congress Avenue, Suite 2500
        Austin, TX 78701-3799
        Telephone:  512-457-7000
        Facsimile:  512-457-7001

**ATTORNEYS FOR DEFENDANTS MOE'S FRANCHISOR LLC AND CINNABON INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of April 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

        */s/ Brian K. Erickson*
        Brian K. Erickson

## CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with counsel for Plaintiff regarding this motion, and Plaintiff has agreed to the relief sought in this motion

        */s/ Brian K. Erickson*
        Brian K. Erickson