**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,** <br> v. <br> **STARBUCKS CORP.;** *et al.* | **2:10-cv-00572-MHS-RSP** |
| v. <br> **THE WESTERN UNION COMPANY;** *et al.* | **2:10-cv-00574-MHS-RSP** |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of Certain Claims Against Defendants who are Customers of Google Inc. is GRANTED.

For this Order, the terms "Google Store Locator Technology" and "Hosted Customer" are defined as follows:

"Google Store Locator Technology" means the Google Maps API and the functionality provided under the Google Maps API, including but not limited to Maps API for Business, Maps JavaScript API, Maps API for Flash, Maps API Web Services, Static Maps API, Street View Image API, Places API, Earth API, Places Autocomplete API, Distance Matrix API, Elevation API, Directions API, Maps Android API, the Maps SDK, Google Maps for iPhone; Google geocoding services including the Google Geocoding API; Google Fusion Tables and the Google Fusion Tables API; and Google Maps Engine and the Google Maps Engine API.

"Hosted Customers" means any past, current or future Google customers, including McDonald's Corp, OfficeMax Incorporated, and Walgreen Co. d/b/a Walgreens for whom Google hosts customer data used in connection with Google Store

- 2 -

Locator Technology through Google products, including Google Fusion Tables technology or Google Maps Engine technology.

It is therefore ORDERED, ADJUDGED AND DECREED that GeoTag's claims of infringement of the '474 patent involving Google Store Locator Technology are DISMISSED WITH PREJUDICE against the following Hosted Customers, with each party to bear their own costs, expenses and attorneys' fees for the dismissed claims:

| Case | Google Customer |
|---|---|
| Civil Action No. **2:10-cv-00572** | McDonald's Corporation |
| Civil Action No. **2:10-cv-00574** | OfficeMax Incorporated |
| | Walgreen Co. d/b/a Walgreens |

**SIGNED this 25th day of June, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE