IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORP., *et al.*,<br>    Defendants | Civil Action No. 2:10-CV-00572-MHS-RSP |

## ORDER

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff and Defendants Papa John's International, Inc. and Papa John's USA, Inc. (collectively "Defendant") is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendant are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.