# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br>     Plaintiff, <br><br>              v. <br><br> STARBUCKS CORP., et al., <br>     Defendant | Civil Action No. 2:10-CV-00572-MHS |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GeoTag, Inc. and Defendant Deli Management, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action asserted by Plaintiff against Deli Management, Inc.. WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

DATED: November 11, 2013

                                                          Respectfully submitted,

                                                          By: */s/* David R. Bennett
                                                               David R. Bennett

                                                               David R. Bennett
                                                               DIRECTION IP LAW
                                                               P.O. Box 14184
                                                               Chicago, IL 60614-0184
                                                               Telephone: (312) 291-1667
                                                               E-mail: dbennett@directionip.com

                                                               Craig Tadlock
                                                               Texas State Bar No. 00791766
                                                               Keith Smiley
                                                               Texas State Bar No. 24067869
                                                               TADLOCK LAW FIRM

        2701 Dallas Parkway, Suite 360
        Plano, Texas 75093
        Telephone: (903) 730-6789
        e-mail:   craig@tadlocklawfirm.com
                  keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

By: /s/ M. Dru Montgomery
J. Thad Heartfield
 Texas Bar No. 09346800
 E-mail: thad@jth-law.com
 M. Dru Montgomery
 Texas Bar No. 24010800
 E-mail: dru@jth-law.com
 THE HEARTFIELD LAW FIRM
 2195 Dowlen Road
 Beaumont, Texas 77706
 Telephone: (409) 866-3318
 Fax: (409) 866-5789

**ATTORNEY FOR DELI MANAGEMENT, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 11, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                        */s/* David R. Bennett
                                                        David R. Bennett