# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br>     Plaintiff, <br>               v. <br> STARBUCKS CORP., et al., <br>     Defendant | Civil Action No. 2:10-CV-00572-MHS |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims asserted by Plaintiff GeoTag Inc. against Defendant Deli Management, Inc. is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff GeoTag Inc. against Defendant Deli Management, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 12th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE