**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORP., *et al.*, <br><br> Defendants. | Case No. 2:10-cv-572-MHS-RSP |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff GeoTag Inc. and Defendant California Pizza Kitchen, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: November 15, 2013

Respectfully submitted,

By:   */s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
e-mail: thad@heartfieldlawfirm.com
       dru@heartfieldlawfirm.com

ATTORNEYS FOR DEFENDANT
CALIFORNIA PIZZA KITCHEN, INC.

By:   */s/ Craig Tadlock*
Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail:   craig@tadlocklawfirm.com
       keith@tadlocklawfirm.com

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail:   dbennett@directionip.com

ATTORNEYS FOR PLAINTIFF GEOTAG, INC

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 15, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

              /s/ *Craig Tadlock*
              Craig Tadlock