# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORP., *et al.*, <br><br> Defendants. | Case No. 2:10-cv-572-MHS-RSP |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag Inc. and Defendant California Pizza Kitchen, Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DE CREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag Inc. and Defendant California Pizza Kitchen, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

The Clerk is ordered to terminate California Pizza Kitchen, Inc. from Case No. 2:10-cv-572.

**SIGNED this 18th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE