# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORP., *et al.*, <br><br> Defendants. | Case No. 2:10-cv-572-MHS-RSP |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GeoTag Inc. and Defendants Bob Evans Farms, Inc. and Bob Evans Restaurants of Michigan, LLC, pursuant to Fed. R. Civ. P. 41 (a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated:   November 20, 2013

By:   */s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail:  dbennett@directionip.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail: craig@tadlocklawfirm.com
         keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**GEOTAG, INC.**

Dated:   November 20, 2013

By:   */s/ Michael J. Bettinger*
      Michael J. Bettinger (*pro hac*)
      California State Bar No. 122196
      mike.bettinger@klgates.com
      Irene Yang
      California State Bar No. 245464
      irene.yang@klgates.com
      **K&L Gates LLP**
      Four Embarcadero Center, Suite 1200
      San Francisco, CA 94111
      (415) 882-8200
      (415) 882-8220 (*facsimile*)

      Michael J. Abernathy (*pro hac*)
      Illinois State Bar No. 6183736
      mike.abernathy@klgates.com
      Brian J. Arnold (*pro hac*)
      Illinois State Bar No. 6285658
      brian.arnold@klgates.com
      **K&L Gates LLP**
      70 West Madison, Suite 3100
      Chicago, IL  60602
      (312) 372-1121
      (312) 827-8000 (*facsimile*)

      Steven G. Schortgen
      Texas State Bar No. 00794603
      steve.schortgen@klgates.com
      Jennifer Klein Ayers
      Texas State Bar No. 24069322
      jennifer.ayers@klgates.com
      **K&L Gates LLP**
      1717 Main Street, Suite 2800
      Dallas, TX 75201
      (214) 939-5500
      (214) 939-5849 (*facsimile*)

      Mark David Taylor
      mark.taylor@bakermckenzie.com
      Brian Charles McCormack
      brian.mccormack@bakermckenzie.com
      Baker & McKenzie
      2001 Ross Ave
      Suite 2300

Dallas, TX 75201
214/978-3000
Fax: 214/978-3099

**ATTORNEYS FOR DEFENDANTS**
*Bob Evans, Inc. and Bob Evans*
*Restaurants of Michigan, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 20, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Michael J, Bettinger*
                                              Michael J. Bettinger