## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **Case No. 2:10-cv-572-MHS-RSP** |
| **STARBUCKS CORP.,** *et al.*, | |
|     **Defendants.** | |

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag Inc. and Defendants Bob Evans Farms, Inc. and Bob Evans Restaurants of Michigan, LLC, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag Inc. and Defendants Bob Evans Farms, Inc. and Bob Evans Restaurants of Michigan, LLC, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

SIGNED this 21st day of November, 2013.


_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE