**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG INC.,<br><br>               Plaintiff,<br><br>v.<br><br>STARBUCKS CORP., *et al.*,<br><br>               Defendants. | Case No. 2:10-cv-572-MHS-RSP |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff GeoTag Inc. and Defendant Mama Jim's Pizza, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: November 25, 2013

Respectfully submitted,

By: */s/ Robert D. Whaley*
Robert D. Whaley

Robert D. Whaley, Esq.
State Bar Number: 21239550
WHALEY, LETTEER & MOCK, P.C.
13760 Noel Road, Suite 840
Dallas, Texas 75240
Telephone: (972) 488-3883
Facsimile: (972) 488-2899
Email: rwhaley@wlmattys.com

ATTORNEY FOR DEFENDANT MAMA JIM'S PIZZA

By: */s/ Craig Tadlock*
Craig Tadlock

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail:  dbennett@directionip.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail:  craig@tadlocklawfirm.com
         keith@tadlocklawfirm.com

ATTORNEYS FOR PLAINTIFF GEOTAG, INC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served via email and/or electronic download on counsel of record for all parties, this 25th day of November 2013.

                                              /s/ *Craig Tadlock*  
                                              Craig Tadlock