**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORP., *et al.*, <br><br> Defendants. | Case No. 2:10-cv-572-MHS-RSP |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag Inc. and Defendant Mama Jim's Pizza, is GRANTED,

It is therefore ORDERED, ADJUDGED AND DE CREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag Inc. and Defendant Mama Jim's Pizza, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

The Clerk is ORDERED to terminate Mama Jim's Pizza from Case No. 2:10-cv-572.

**SIGNED this 26th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE