IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br>     Plaintiff, <br>         v. <br> STARBUCKS CORP., et al., <br>     Defendants. | Civil Action No. 2:10-CV-00572-MHS-RSP <br><br> CONSOLIDATED CASE |
| GEOTAG, INC., <br>     Plaintiff, <br>         v. <br> CICI ENTERPRISES L.P., <br>     Defendant. | Civil Action No. 2:10-CV-00572-MHS-RSP |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. and Defendant CiCi Enterprises L.P., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag, Inc. and Defendant CiCi Enterprises L.P., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 2nd day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE