**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:10-cv-00572-MHS-RSP** |
| **STARBUCKS CORP.,** *et al.*, | |
| **Defendants.** | |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. and Defendants CEC Entertainment, Inc. dba Chuck E. Cheese's and CEC Entertainment Concepts, L.P. is GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag, Inc. and Defendants CEC Entertainment, Inc. dba Chuck E. Cheese's and CEC Entertainment Concepts, L.P. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 2nd day of January, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE