# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br>　　　　Plaintiff,<br>　　v.<br>STARBUCKS CORPORATION, *et al.*,<br>　　　　Defendants. | Civil Action No. 2:10-CV-00572-MHS-RSP |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GeoTag, Inc. and Defendants Landry's, Inc., The Oceanaire Restaurant Company, Inc., Claim Jumper Acquisition Company, LLC and Saltgrass, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

DATED January 23, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Joel W. Reese*
　　　　　　　　　　　　　　　　By:　Joel W. Reese
　　　　　　　　　　　　　　　　　　　State Bar No. 00788258
　　　　　　　　　　　　　　　　　　　Adam C. Sanderson
　　　　　　　　　　　　　　　　　　　State Bar No. 24056264
　　　　　　　　　　　　　　　　　　　750 N. St. Paul Street, Ste. 610
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201-3202
　　　　　　　　　　　　　　　　　　　214.382.9810 (Telephone)
　　　　　　　　　　　　　　　　　　　e-mail: joel.reese@rgmfirm.com
　　　　　　　　　　　　　　　　　　　adam.sanderson@rgmfirm.com

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**


By: */s/*_____
Charles S. Baker (TX Bar No. 01566200)
charles.baker@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Phone: (713) 651-8396
Fax: (713) 651-5246

**ATTORNEYS FOR DEFENDANTS
LANDRY'S, INC.,
THE OCEANAIRE RESTAURANT
COMPANY, INC., CLAIM JUMPER
ACQUISITION COMPANY, LLC AND
SALTGRASS, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 23, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Joel W. Reese*
                                              Joel W. Reese