**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG, INC., <br>    Plaintiff, <br><br> v. <br><br> STARBUCKS CORP., *et al.*, <br>    Defendants | Civil Action No. 2:10-CV-00572 <br> Lead Case |

**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF
<u>MULTIPLE DEFENDANTS</u>**

Applebee's International, Inc.; Applebee's IP, LLC; Cracker Barrel Old Country Store, Inc. d/b/a Cracker Barrel; IHop Corp.; IHop IP LLC; and International House of Pancakes LLC ("Defendants") and GeoTag, Inc. ("GeoTag") move this Court pursuant to Fed. R. Civ. P. 41(a) for an order dismissing without prejudice all claims and counterclaims which have been or could have been asserted against each other, with each party to bear its own costs, expenses and attorneys' fees for the dismissed claims.

Defendants have been accused of infringement by GeoTag based either in whole or in part on their use of products or services provided by Where 2 Get It, Inc. ("W2GI"). W2GI and GeoTag have executed an agreement between them as a result of mediation with the Special Master and assigned Mediator. That agreement provides for dismissal of all claims and counterclaims between Defendants and GeoTag, including claims of infringement that are not directed to Defendants' use of W2GI products or services. Defendants and GeoTag therefore move this Court for an order dismissing without prejudice all claims and counterclaims which have been or could have been asserted against each other, with each party to bear its own costs, expenses and attorneys' fees for the dismissed claims.

DATED:  January 29, 2014                    Respectfully submitted,

        */s/ Joel W. Reese*
        Joel W. Reese
        State Bar No. 00788258
        Adam C. Sanderson
        State Bar No. 24056264
        750 N. St. Paul Street, Ste. 610
        Dallas, Texas 75201-3202
        (214) 382-9810 (Telephone)
        e-mail: joel.reese@rgmfirm.com
              adam.sanderson@rgmfirm.com

        David R. Bennett
        Direction IP Law
        P.O. Box 14184
        Chicago, IL 60614-0184
        Telephone: (312) 291-1667
        e-mail:  dbennett@directionip.com

        **ATTORNEYS FOR PLAINTIFF**
        **GEOTAG, INC.**

        */s/ Daniel J. Schwartz*
        Daniel J. Schwartz
        SEYFARTH SHAW LLP
        131 S. Dearborn St., Suite 2400
        Chicago, IL 60603
        Ph:  312-460-5000
        Fax:  312-460-7000

        **COUNSEL FOR DEFENDANTS:**

        **Where2GetIt, Inc., Chick-fil-A, Inc., Jo-Ann Stores, Inc., Patagonia, Inc., The Cheesecake Factory, Inc., TCF Co. LLC, ViewSonic Corp., Safeway Inc., GFM Holdings LLC, Carr-Gottstein Foods Co., Randall's Food and Drugs, Genuardi's Family Markets, Randall's Food Markets, Inc., Safeway Inc, d/b/a Tom Thumb and The Vons Companies, Inc., Michaels Stores, Inc., VF Outdoor, Inc. d/b/a The**

**North Face, New York & Company, Inc., The Timberland Co., Cracker Barrel Old Country Store, Inc., and Office Depot, Inc.**

By: */s/ Penny R. Slicer*
Penny R. Slicer (*Admitted pro hac vice*)
Elizabeth A. Tassi (*Admitted pro hac vice*)
STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
penny.slicer@stinsonleonard.com
elizabeth.tassi@stinsonleonard.com

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANTS APPLEBEE'S IP, LLC, APPLEBEE'S INTERNATIONAL, INC., IHOP CORP., IHOP IP, LLC , INTERNATIONAL HOUSE OF PANCAKES LLC AND DINEEQUITY, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Joel Reese*
Joel Reese

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that the motion is agreed by the moving parties.

/s/ *Joel Reese*
Joel Reese