**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG, INC., <br>   Plaintiff, <br> <br> v. <br> <br> STARBUCKS CORP., *et al.*, <br>   Defendants | Civil Action No. 2:10-CV-00572 <br> Lead Case |

## ORDER

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. ("Plaintiff") and Defendants Applebee's International, Inc.; Applebee's IP, LLC; Cracker Barrel Old Country Store, Inc. d/b/a Cracker Barrel; IHop Corp.; IHop IP LLC; and International House of Pancakes LLC ("Defendants"), is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendants are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 30th day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE