**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:10-cv-00572** |
| **STARBUCKS CORP.,** *et al.*, | |
| **Defendants.** | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

GeoTag Inc. ("Plaintiff") and Doctor's Associates, Inc. d/b/a/ Subway ("Defendant"), pursuant to FED. R. CIV. P. 41(a)(2), hereby move for an order dismissing claims in this action asserted by Plaintiff against Defendant as follows:

A.      Plaintiff hereby moves to dismiss WITH PREJUDICE its claims and causes of action against Defendant that relate solely to Defendant's job locator instrumentality.

Each party will bear its own costs and fees thus far incurred.

Dated: February 20, 2014               Respectfully submitted,


By: _/s/ Jeffrey A. Tinker_____
        Jeffrey A. Tinker
        Texas Bar No. 24060733
        jtinker@winstead.com
        Winstead PC
        500 Winstead Building
        2728 N. Harwood Street
        Dallas, Texas 75201
        Telephone: (214) 745-5400
        Facsimile: (214) 745-5390

        Joel Reese
        State Bar No. 00788258
        Adam C. Sanderson
        State Bar No. 24056264
        750 N. St. Paul Street, Ste. 610
        Dallas, Texas 75201-3202
        (214) 382-9810 (Telephone)
        e-mail: joel.reese@rgmfirm.com
                adam.sanderson@rgmfirm.com

        David R. Bennett
        Direction IP Law
        P.O. Box 14184
        Chicago, IL 60614-0184
        Telephone: (312) 291-1667
        e-mail:   dbennett@directionip.com


**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

*/s/ Michael J. Bettinger*
Michael J. Bettinger (*pro hac vice*)
California State Bar No. 122196
mike.bettinger@klgates.com
Irene Yang
California State Bar No. 245464
irene.yang@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Michael J. Abernathy (*pro hac vice*)
michael.abernathy@klgates.com
Brian J. Arnold (*pro hac vice*)
brian.arnold@klgates.com
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

Steven G. Schortgen
Texas State Bar No. 00794603
steve.schortgen@klgates.com
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500

**ATTORNEYS FOR DEFENDANT
DOCTOR'S ASSOCIATES, INC. (D/B/A/
SUBWAY)**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of February, 2014.

*/s/ Jeffrey Tinker*
Jeffrey Tinker