# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

GEOTAG, INC.,
      Plaintiff,

                                        Civil Action No. 2:10-CV-00572

           v.                           Lead Case

STARBUCKS CORP., *et al.*,
      Defendants

## ORDER

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. ("Plaintiff") and Defendants Burger King Corporation and Jack in the Box, Inc. ("Defendants"), is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendants are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 3rd day of March, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE