**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**STARBUCKS CORP.,** *et al.*,<br><br>    **Defendants.** | **Case No. 2:10-cv-00572** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff GeoTag Inc. and Defendants Darden Corporation; Darden Concepts, Inc.; and Darden Restaurants, Inc. pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: Aug. 13, 2014  Respectfully submitted,

By: /s/ *Jeffrey A. Tinker*
Jeffrey A. Tinker
Texas Bar No. 24060733
jtinker@winstead.com
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390

Joel Reese
State Bar No. 00788258
Adam C. Sanderson
State Bar No. 24056264
750 N. St. Paul Street, Ste. 610
Dallas, Texas 75201-3202
(214) 382-9810 (Telephone)
e-mail: joel.reese@rgmfirm.com
       adam.sanderson@rgmfirm.com

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

/s/ Kamran Jivani
Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7000
Fax:    (404) 881-7777

Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
ALSTON & BIRD, LLP
2828 North Harwood Street
Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899


**ATTORNEYS FOR DEFENDANTS
DARDEN CORPORATION;
DARDEN CONCEPTS, INC.; AND
DARDEN RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of August, 2014.

      */s/ Jeffrey Tinker*
      Jeffrey Tinker

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that the motion is agreed by the moving parties.

      */s/ Jeffrey Tinker*
      Jeffrey Tinker