# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § § | |
| v. | § § | 2:10-CV-572-MHS-RSP |
| STARBUCKS CORP., ET AL., | § § § | |

### ORDER

Before the Court is Defendant Domino's Pizza, Inc.'s ("Domino's") Motion for Summary Judgment of Non-infringement Based on Lack of Dynamic Replication and Geographical Areas (Dkt. No. 736, filed May 16, 2014.) The Magistrate Judge filed a report recommending that the motion be granted. (Report and Recommendation, Dkt. No. 834, filed August 5, 2014.)

After reviewing the objected to portions of the Report and Recommendation de novo, the Court finds that the Report and Recommendation should be, and is hereby, ADOPTED. Accordingly, Domino's Motion for Summary Judgment of Non-infringement Based on Lack of Dynamic Replication and Geographical Areas (Dkt. No. 736) is GRANTED.

**It is SO ORDERED.**
**SIGNED this 7th day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE